UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD TANASI and ATHANSULA TANASI,** | **Civil Action No. 3:16-cv-00727-VAB** |
| Plaintiffs, | |
| v. | |
| **CITIMORTGAGE, INC.,** *et al.*, | |
| Defendants. | **JULY 29, 2016** |

## M&T BANK'S MOTION TO DISMISS

Pursuant to *D. Conn. L. Civ. R.* 7 (a) and *Fed R. Civ. P.* 12 (b) (1) and (6), defendant M&T Bank, as successor by merger to Hudson City Savings Bank, N.A. ("**M&T**"), submits this motion to dismiss the complaint dated May 16, 2016 ("***Complaint***") and filed by plaintiffs Richard Tanasi ("**Mr. Tanasi**") and Athansula Tanasi ("**Ms. Tanasi**" and, together with Mr. Tanasi, "**Plaintiffs**" or "**Tanasis**"). [ECF No. 1].

The *Complaint* asserts claims that could have been (and in fact were) raised in a state court foreclosure action. As such, the *Complaint* is barred by the *Rooker-Feldman* doctrine and *res judicata*. To the extent Plaintiffs can pursue their claims, the same are moribund because the *Complaint* fails to state claims upon which relief can be granted and/or its claims are barred by the applicable statute of limitations.

In support of the foregoing assertions, M&T has, contemporaneously herewith, filed its supporting memorandum of law.  For the reasons set forth above, and as more fully explicated therein, M&T asks that the *Complaint* be dismissed in its entirety.

Respectfully submitted,

M&T BANK.

By: /s/ Donald E. Frechette
Donald E. Frechette (ct08930)
Tara L. Trifon (ct28415)
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT 06103
Phone: (860) 525-5065
Fax: (860) 527-4198
Email: donald.frechette@lockelord.com
Email: tara.trifon@lockelord.com

*Attorneys for M&T Bank*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ *Donald E. Frechette*
Donald E. Frechette