# EXHIBIT A

RETURN DATE: AUGUST 9, 2011 : SUPERIOR COURT

CITIMORTGAGE, INC. : JUDICIAL DISTRICT OF
: MIDDLESEX

V. : AT MIDDLETOWN

RICHARD TANASI A/K/A RICHARD F. TANASI, ET AL. : JULY 11, 2011

## COMPLAINT

1. The Plaintiff, CITIMORTGAGE, INC. has an office and place of business with an address of 1000 Technology Drive O Fallon, MO 63368-2240.

2. At all times complained of herein, the Defendant(s), RICHARD TANASI A/K/A RICHARD F. TANASI and ATHANASULA S. CASBERG TANASI, owned real property situated in the Town of Old Saybrook, County of Middlesex and State of Connecticut known as 27 BRIARWOOD DRIVE, OLD SAYBROOK, CT 06475, (hereinafter the "Property") being more particularly described in Schedule A attached hereto and made a part hereof.

3. On or about August 2, 2007, the Defendant(s), RICHARD TANASI A/K/A RICHARD F. TANASI and ATHANASULA S. CASBERG TANASI, executed and delivered to ABN AMRO MORTGAGE GROUP, INC., a Note (the "Note") for a loan in the original principal amount of $656,250.00.

4. On said date to secure said Note the Defendant(s), RICHARD TANASI A/K/A RICHARD F. TANASI and ATHANASULA S. CASBERG TANASI, did execute and deliver to CITIMORTGAGE, INC. F/K/A ABN AMRO MORTGAGE GROUP, INC., a Mortgage on the Property. Said Mortgage was dated August 2, 2007 and recorded August 8, 2007 in Volume 516 at Page 568 of the Old Saybrook Land Records. ABN AMRO MORTGAGE GROUP, INC. merged into CITIMORTGAGE, INC. by virtue of a Certificate of Merger with an effective date of September 1, 2007. The Plaintiff, CITIMORTGAGE, INC., is the holder of

said Note and Mortgage.

5. Said Note is in default and the Plaintiff, CITIMORTGAGE, INC. as the holder of said Mortgage and Note has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

6. The Plaintiff has provided written notice in accordance with the Note and Mortgage to the Defendant(s) of the default under the Note and Mortgage, but said Defendant(s) have failed and neglected to cure the default. The Plaintiff has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

7. The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are prior in right to the Mortgage herein:

a. The Town/City of Old Saybrook may claim an interest in the Property by virtue of inchoate liens for real estate taxes.

8. The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are subsequent in right to the Mortgage herein:

a. The Defendant(s), PNC BANK, NATIONAL ASSOCIATION F/K/A NATIONAL CITY BANK claims an interest in the Property by virtue of a Mortgage in the original principal sum of $131,200.00 dated August 2, 2007 and recorded August 8, 2007 in Volume 516 in Page 577 of the Old Saybrook Land Records. Said loan was affected by a Loan Modification Agreement recorded May 8, 2009 in Volume 537 at Page 175 of the Old Saybrook Land Records.

9. The Defendant(s) RICHARD TANASI A/K/A RICHARD F. TANASI and ATHANASULA S. CASBERG TANASI, are the owners of the equity of redemption of the Property and, on information and

belief, are in possession of the Property.

10. The Plaintiff, CITIMORTGAGE, INC., has further caused a Lis Pendens to be recorded on the Land Records of the Town of Old Saybrook. A copy of said Lis Pendens is attached hereto as Exhibit A.

11. The Plaintiff, CITIMORTGAGE, INC., has further caused a notice to be given to the Defendant(s), RICHARD TANASI A/K/A RICHARD F. TANASI and ATHANASULA S. CASBERG TANASI, of their rights pursuant to the Statutes pertaining to unemployment and underemployment by annexing to this Writ, Summons and Complaint a copy of the notice provided for in said Statute.

belief, are in possession of the Property.

10. The Plaintiff, CITIMORTGAGE, INC., has further caused a Lis Pendens to be recorded on the Land Records of the Town of Old Saybrook. A copy of said Lis Pendens is attached hereto as Exhibit A.

11. The Plaintiff, CITIMORTGAGE, INC., has further caused a notice to be given to the Defendant(s), RICHARD TANASI A/K/A RICHARD F. TANASI and ATHANASULA S. CASBERG TANASI, of their rights pursuant to the Statutes pertaining to unemployment and underemployment by annexing to this Writ, Summons and Complaint a copy of the notice provided for in said Statute.

259136

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

WHEREFORE, the plaintiff claims:

1. Foreclosure of the Mortgage;
2. Foreclosure of Mortgage pursuant to Conn. Gen. Stat. Sec 49-17.
3. Possession of the Property;
4. Money damages against the makers of, or obligors on, the Note described herein and/or their Estates, if deceased, (unless same has been precluded by virtue of a Bankruptcy filing);
5. A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);
6. Interest (unless same has been precluded by virtue of a Bankruptcy filing);
7. Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);
8. Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and
9. Such other and further relief as the Court may deem just and equitable.

Notice is hereby given to the Defendant(s) that the Plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action out of any debt accruing to said Defendant(s) by reason of their personal services, (unless same has been precluded by virtue of a Bankruptcy filing).

Dated at Hartford, Connecticut on July 11, 2011.

Plaintiff

By: _____
GREGORY VITT
Hunt Leibert Jacobson, P.C.
Its Attorneys

| | |
|---|---|
| RETURN DATE: AUGUST 9, 2011 | : SUPERIOR COURT |
| CITIMORTGAGE, INC. | : JUDICIAL DISTRICT OF<br>: MIDDLESEX |
| V. | : AT MIDDLETOWN |
| RICHARD TANASI A/K/A RICHARD F. TANASI, ET AL. | : JULY 11, 2011 |

## INFORMATION RELATING TO "VALIDATION NOTICE"

This Writ, Summons and Complaint are legal documents used to commence a lawsuit with regards to the debt referenced within them. You must follow the instructions provided therein should you wish to preserve your interests in the suit, even if you dispute the validity or the amount of the debt. As lawyers, this office may file papers in the suit according to the Statutes, Rules of Court and Standing Orders in Connecticut. The "Validation Notice" which has been or will be sent to the borrower(s) ("consumers") in no way alters their rights or obligations with respect to this lawsuit. If you are the borrower ("consumer"), and if you notify us that the debt or any portion thereof is disputed, or if you request proof of the debt or the name and address of the original creditor within the thirty (30) day time period of the validation notice, we will stop our collection efforts including this foreclosure suit until we mail the requested information to you.

259136

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

RETURN DATE: AUGUST 9, 2011 : SUPERIOR COURT

CITIMORTGAGE, INC. : JUDICIAL DISTRICT OF
: MIDDLESEX

V. : AT MIDDLETOWN

RICHARD TANASI A/K/A RICHARD F. TANASI, ET AL. : JULY 11, 2011

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest, or property in demand is not less than $15,000.00, exclusive of interest and costs.

Plaintiff

By: _____
GREGORY VETTER
Hunt Leibert Jacobson, P.C.
Its Attorneys

RETURN DATE: AUGUST 9, 2011 : SUPERIOR COURT

CITIMORTGAGE, INC. : JUDICIAL DISTRICT OF
: MIDDLESEX

V. : AT MIDDLETOWN

RICHARD TANASI A/K/A RICHARD F. TANASI, ET AL. : JULY 11, 2011

## NOTICE TO HOMEOWNER

If you are a homeowner, under the terms of Conn. Gen. Stat. Section 49-31d, et seq., you are hereby given notice that under those statutes, if you are UNEMPLOYED or UNDER-EMPLOYED you may make application to the Court to which this matter is returnable for relief from foreclosure. You may qualify for relief under those statutes if:

**NOTICE: A PERSON WHO IS UNDEREMPLOYED OR UNEMPLOYED AND WHO HAS FOR A CONTINUOUS PERIOD OF AT LEAST TWO YEARS PRIOR TO THE COMMENCEMENT OF THIS FORECLOSURE ACTION OWNED AND OCCUPIED THE PROPERTY BEING FORECLOSED AS SUCH PERSON'S PRINCIPAL RESIDENCE, MAY BE ENTITLED TO CERTAIN RELIEF PROVISIONS UNDER SECTIONS 49-31D TO 49-31I, INCLUSIVE, OF THE CONNECTICUT GENERAL STATUTES. YOU SHOULD CONSULT AN ATTORNEY TO DETERMINE YOUR RIGHTS UNDER SECTIONS 49-31D TO 49-31I, INCLUSIVE, OF THE CONNECTICUT GENERAL STATUTES.**

In order to qualify for relief under those statutes, you must make application for protection from foreclosure within 25 DAYS of the return date.

259136

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

SCHEDULE A

All that certain piece or parcel of land, together with all buildings and improvements thereon, situated in the Town of Old Saybrook, County of Middlesex and State of Connecticut, shown and designated as Lot #37 on a map entitled: "DEVELOPMENT PLAN, FOREST GLEN, PART #1 OF SECTION 2, CORNFIELD POINT – OLD SAYBROOK, CT., LIFETIME HOMES, INC., DEVELOPERS, SCALE: 1" = 40', NOVEMBER 10, 1958, M. D. HELFGOTT, -- P.E. L.S., MIDDLETOWN, CONNECTICUT" on file in the Town Clerk's Office in Said Town of Old Saybrook, and being more particularly bounded and described as follows:

| | |
|---|---|
| Northeasterly: | By Lot #38, as shown on said map, 230 feet; |
| Southeasterly: | By a roadway, as shown on said map, known as Briarwood Drive, 97 feet; |
| Northwesterly: | By land now or formerly of William P. Jones, Successor Trustee, 97 feet; and |
| Southwesterly: | By Lot #36, as shown on said map, 230 feet; |

Together with the non-exclusive right and privilege to pass and repass over and upon the roadways shown on said map, on foot or by means of any vehicle for any lawful purpose, such right and privilege to be exercised in common with others as may have heretofore reserved or been given or may hereafter be given these rights;

Together with all the rights and privileges that the grantors herein now have or own to use a certain beach or beaches for private bathing and recreational purposes located at Cornfield Point, in Said Town of Old Saybrook, including all grantors' rights to access to said beach of beaches, such rights to be exercised in common with such others as may have heretofore reserved or been given, or may hereafter be given these rights.

Together with a Grant of Easement dated 5/22/07 and recorded 6/25/07 in Volume 514 at Page 782 of the Old Saybrook Land Records.

259136

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

Exhibit A

| | |
|---|---|
| RETURN DATE: AUGUST 9, 2011 | : SUPERIOR COURT |
| CITIMORTGAGE, INC. | : JUDICIAL DISTRICT OF<br>: MIDDLESEX |
| V. | : AT MIDDLETOWN |
| RICHARD TANASI A/K/A RICHARD F. TANASI, ET AL. | : JULY 11, 2011 |

## LIS PENDENS

Notice is hereby given of the pendency of a civil action between the above-named Plaintiff and against RICHARD TANASI A/K/A RICHARD F. TANASI, ATHANASULA S. CASBERG TANASI and PNC BANK, NATIONAL ASSOCIATION F/K/A NATIONAL CITY BANK, by Writ dated July 11, 2011, and made returnable to the Superior Court for the Judicial District of Middlesex at Middletown on August 9, 2011, which action is brought, inter alia, to foreclose a certain mortgage from the Defendant(s), RICHARD TANASI A/K/A RICHARD F. TANASI and ATHANASULA S. CASBERG TANASI, to ABN AMRO MORTGAGE GROUP, INC., which mortgage was dated August 2, 2007 and recorded August 8, 2007 in Volume 516 at Page 568 of the Old Saybrook Land Records. ABN AMRO MORTGAGE GROUP, INC. merged into CITIMORTGAGE, INC. by virtue of a Certificate of Merger with an effective date of September 1, 2007.

In said action, the following items are claimed:

1. Foreclosure of the Mortgage;
2. Foreclosure of Mortgage pursuant to Conn. Gen. Stat. Sec 49-17.
3. Possession of the Property;
4. Money damages against the makers of, or obligors on, the Note described herein and/or their Estates, if deceased, (unless same has been precluded by virtue of a Bankruptcy filing);
5. A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);
6. Interest (unless same has been precluded by virtue of a Bankruptcy filing);
7. Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);

8. Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and
9. Such other and further relief as the Court may deem just and equitable.

The property the plaintiff seeks an interest in and to is located in the Town of Old Saybrook, County of Middlesex and State of Connecticut, and is known as 27 BRIARWOOD DRIVE, OLD SAYBROOK, CT 06475, and is more particularly bounded and described as set forth in Schedule A attached hereto.

Dated at Hartford, Connecticut on July 11, 2011

Plaintiff

GREGORY VETTER

By: _____
GREGORY VETTER

Hunt Leibert Jacobson, P.C.
Its Attorneys

SCHEDULE A

All that certain piece or parcel of land, together with all buildings and improvements thereon, situated in the Town of Old Saybrook, County of Middlesex and State of Connecticut, shown and designated as Lot #37 on a map entitled: "DEVELOPMENT PLAN, FOREST GLEN, PART #1 OF SECTION 2, CORNFIELD POINT – OLD SAYBROOK, CT., LIFETIME HOMES, INC., DEVELOPERS, SCALE: 1" = 40', NOVEMBER 10, 1958, M. D. HELFGOTT, -- P.E. L.S., MIDDLETOWN, CONNECTICUT" on file in the Town Clerk's Office in Said Town of Old Saybrook, and being more particularly bounded and described as follows:

| | |
|---|---|
| Northeasterly: | By Lot #38, as shown on said map, 230 feet; |
| Southeasterly: | By a roadway, as shown on said map, known as Briarwood Drive, 97 feet; |
| Northwesterly: | By land now or formerly of William P. Jones, Successor Trustee, 97 feet; and |
| Southwesterly: | By Lot #36, as shown on said map, 230 feet; |

Together with the non-exclusive right and privilege to pass and repass over and upon the roadways shown on said map, on foot or by means of any vehicle for any lawful purpose, such right and privilege to be exercised in common with others as may have heretofore reserved or been given or may hereafter be given these rights;

Together with all the rights and privileges that the grantors herein now have or own to use a certain beach or beaches for private bathing and recreational purposes located at Cornfield Point, in Said Town of Old Saybrook, including all grantors' rights to access to said beach of beaches, such rights to be exercised in common with such others as may have heretofore reserved or been given, or may hereafter be given these rights.

Together with a Grant of Easement dated 5/22/07 and recorded 6/25/07 in Volume 514 at Page 782 of the Old Saybrook Land Records.