# EXHIBIT C

7/11/2016 Case Detail - MMX-CV11-6005630-S

State of Connecticut Judicial Branch
# Civil and Family E-Services

E-Services Home
-
Civil / Family Menu
-
E-File a New Case
-
E-File on an Existing Case
By Docket Number
By Party Name
List My Cases
-
Court Events
By Date
By Juris Number
By Docket Number
-
Short Calendars
Markings Entry
Markings History
My Short Calendars
By Court Location
Calendar Notices
-
My Shopping Cart (0)
My E-Filed Items
-
Pending Foreclosure Sales
-
Search
By Property Address
-

**Attorney/Firm: LOCKE LORD LLP (404401)** **E-Mail: dianna.shanahan@lockelord.com** Logout

**MMX-CV11-6005630-S CITIMORTGAGE, INC. v. TANASI, AKA, RICHARD Et Al**

**Prefix/Suffix:** [none] **Case Type:** P00 **File Date:** 07/18/2011 **Return Date:** 08/09/2011

**Case Detail** Notices History Processing Scheduled Court Dates Help Manual

Pending Foreclosure Sales

To receive an email when there is activity on this case, click here.

**Select Case Activity:** E-File a Pleading or Motion Go

**Information updated as of:** 07/11/2016

### Case Information

**Case Type:** P00 - Property - Foreclosure
**Court Location:** Middletown JD
**Property Address:** 27 BRIARWOOD DRIVE, OLD SAYBROOK, CT 064715
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 06/06/2016 (The "last action date" is the date the information was entered in the system)

### Disposition Information

**Disposition Date:** 03/07/2016
**Disposition:** JUDGMENT OF STRICT FORECLOSURE
**Judge or Magistrate:** HON JULIA AURIGEMMA

### Party & Appearance Information

| Party | No Fee Party | Category |
|---|---|---|
| **P-01 CITIMORTGAGE INC.** | | Plaintiff |
| **Attorney:** HUNT LEIBERT JACOBSON PC (101589) File Date: 07/18/2011<br>50 WESTON STREET<br>HARTFORD, CT 06120 | | |
| **Attorney:** LOCKE LORD LLP (404401) File Date: 08/25/2015<br>20 CHURCH STREET<br>20TH FLOOR<br>HARTFORD, CT 06103 | | |
| **D-50 RICHARD TANASI AKA** | | Defendant |
| **Self-Rep:** 27 BRIARWOOD DRIVE File Date: 08/23/2011<br>OLD SAYBROOK, CT 06475 | | |
| **Attorney:** BECKETT LAW LLC (407970) File Date: 01/24/2012<br>543 PROSPECT AVENUE<br>HARTFORD, CT 06105 | | |
| **Attorney:** BEGOS BROWN & GREEN LLP (418336) File Date: 02/15/2013<br>2425 POST ROAD<br>SUITE 205<br>SOUTHPORT, CT 06890 | | |
| **D-51 ATHANASULA S TANASI** | | Defendant |
| **Self-Rep:** 27 BRIARWOOD DRIVE File Date: 08/30/2011<br>OLD SAYBROOK, CT 06475 | | |
| **Attorney:** BECKETT LAW LLC (407970) File Date: 01/24/2012<br>543 PROSPECT AVENUE<br>HARTFORD, CT 06105 | | |
| **Attorney:** BEGOS BROWN & GREEN LLP (418336) File Date: 02/15/2013 | | |

https://efile.eservices.jud.ct.gov/CaseDetail/AttyCaseDetail.aspx?CRN=3204896 1/7

2423 POST ROAD
SUITE 205
SOUTHPORT, CT 06890

**D-52 PNC BANK NATIONAL ASSOCIATION FKA** Defendant
Non-Appearing

**Viewing Documents on Civil Cases:** Attorneys who have an appearance on the case can view pleadings, orders and other documents that are ***paperless*** by selecting the document link below. Any attorney without an appearance on the case can look at court orders and judicial notices that are ***electronic*** on this case by choosing the link next to the order or selecting "Notices" from the tab at the top of this page and choosing the link to the notice on this website. Pleadings and other documents that are paperless can be viewed during normal business hours at any Judicial District courthouse and at many geographical area courthouses. Any pleadings or documents that are ***not paperless*** can be viewed during normal business hours at the Clerk's Office in the Judicial District where the case is. Some pleadings, orders and other documents are protected by court order and can be seen at the Clerk's Office in the Judicial District where the case is only by attorneys or parties on the case.

**Motions / Pleadings / Documents / Case Status**

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | 07/18/2011 | P | **SUMMONS** | |
| | 07/18/2011 | P | **COMPLAINT** | |
| | 07/18/2011 | P | **RETURN OF SERVICE** | |
| | 08/23/2011 | | **APPEARANCE** | |
| | 08/30/2011 | | **APPEARANCE** | |
| | 01/24/2012 | D | **APPEARANCE**<br>Appearance | |
| | 02/15/2013 | D | **APPEARANCE**<br>Appearance | |
| | 05/02/2013 | | **CLAIM/RECLAIM**<br>Claim/Reclaim | |
| | 11/21/2013 | | **ADMINISTRATIVE DOCUMENT** | |
| | 12/02/2014 | | **CLAIM/RECLAIM**<br>Claim/Reclaim | |
| | 08/25/2015 | P | **APPEARANCE**<br>Appearance | |
| | 11/16/2015 | | **CLAIM/RECLAIM**<br>Claim/Reclaim | |
| | 02/17/2016 | | **CLAIM/RECLAIM**<br>Claim/Reclaim | |
| 100.00 | 07/18/2011 | C | **FORECLOSURE MEDIATION – ELIGIBLE CASE (NO DOCUMENT)** | No |
| 100.50 | 07/19/2011 | C | **FORECLOSURE MEDIATION-COMPLIANCE WITH P.A.09-209 (NO DOCUMENT) SEE FORM# JD-CV-109** | No |
| 100.51 | 07/18/2011 | P | **FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT)** | No |
| 101.00 | 07/25/2011 | P | **AFFIDAVIT FEDERAL LOSS MITIGATION PROGRAMS (JD-CL-114)** | No |
| 102.00 | 08/23/2011 | D | **FORECLOSURE MEDIATION REQUEST/CERTIFICATE JD-CV-108**<br>*RESULT:* Order 8/28/2011 BY THE CLERK | No |
| 102.10 | 08/29/2011 | C | **ORDER**<br>Mediation scheduled.<br>*RESULT:* Order 8/28/2011 BY THE COURT | No |

Case 3:16-cv-00727-VAB Document 15-4 Filed 07/29/16 Page 4 of 8

| | | | | |
|---|---|---|---|---|
| 103.00 | 09/19/2011 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 9/20/2011 HON LISA MORGAN | No |
| 103.10 | 09/20/2011 | C | **ORDER**<br>*RESULT:* Granted 9/20/2011 HON LISA MORGAN | No |
| 104.00 | 11/02/2011 | C | **FORECLOSURE MEDIATOR'S REPORT** | No |
| 105.00 | 11/02/2011 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Granted 11/2/2011 BY THE CLERK | No |
| 106.00 | 11/18/2011 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 11/22/2011 HON LISA MORGAN | No |
| 106.10 | 11/22/2011 | C | **ORDER**<br>*RESULT:* Granted 11/22/2011 HON LISA MORGAN | No |
| 107.00 | 12/15/2011 | C | **FORECLOSURE MEDIATION - MEDIATION SPECIALIST'S REQUEST TO EXTEND MEDIATION PERIOD**<br>*RESULT:* Granted 12/27/2011 HON LISA MORGAN | No |
| 107.01 | 12/27/2011 | C | **ORDER**<br>*RESULT:* Granted 12/27/2011 HON LISA MORGAN | No |
| 108.00 | 12/20/2011 | P | **FORECLOSURE MEDIATION - OBJECTION JD-CV-95**<br>*RESULT:* Overruled 12/27/2011 HON LISA MORGAN | No |
| 108.01 | 12/27/2011 | C | **ORDER**<br>*RESULT:* Overruled 12/27/2011 HON LISA MORGAN | No |
| 109.00 | 02/07/2012 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Granted 2/8/2012 BY THE CLERK | No |
| 109.10 | 02/08/2012 | C | **ORDER**<br>*RESULT:* Granted 2/8/2012 BY THE CLERK | No |
| 110.00 | 02/27/2012 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Granted 2/27/2012 HON LISA MORGAN | No |
| 110.10 | 02/27/2012 | C | **ORDER**<br>*RESULT:* Granted 2/27/2012 HON LISA MORGAN | No |
| 111.00 | 02/27/2012 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 2/27/2012 HON LISA MORGAN | No |
| 111.10 | 02/27/2012 | C | **ORDER**<br>*RESULT:* Granted 2/27/2012 HON LISA MORGAN | No |
| 112.00 | 04/09/2012 | P | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Granted 4/9/2012 BY THE CLERK | No |
| 112.10 | 04/09/2012 | C | **ORDER**<br>*RESULT:* Granted 4/9/2012 BY THE CLERK | No |
| 113.00 | 04/09/2012 | P | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 4/9/2012 BY THE CLERK | No |
| 113.10 | 04/09/2012 | C | **ORDER**<br>*RESULT:* Granted 4/9/2012 BY THE CLERK | No |
| 114.00 | 05/24/2012 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Order 6/5/2012 HON LISA MORGAN | No |
| 114.10 | 06/05/2012 | C | **ORDER**<br>*RESULT:* Order 6/5/2012 HON LISA MORGAN | No |
| 115.00 | 06/04/2012 | D | **CASEFLOW REQUEST** | No |
| 116.00 | 07/12/2012 | P | **AFFIDAVIT FEDERAL LOSS MITIGATION PROGRAMS (JD-CL-114)** | No |

Case 3:16-cv-00727-VAB Document 15-4 Filed 07/29/16 Page 5 of 8

| | | | | |
|---|---|---|---|---|
| 117.00 | 07/17/2012 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Granted 7/17/2012 BY THE CLERK | No |
| 117.10 | 07/17/2012 | C | **ORDER**<br>*RESULT:* Granted 7/17/2012 BY THE CLERK | No |
| 118.00 | 07/17/2012 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 7/17/2012 BY THE CLERK | No |
| 118.10 | 07/17/2012 | C | **ORDER**<br>*RESULT:* Granted 7/17/2012 BY THE CLERK | No |
| 119.00 | 09/10/2012 | P | **FORECLOSURE MEDIATION - OBJECTION JD-CV-95** | No |
| 120.00 | 09/21/2012 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Granted 9/21/2012 BY THE CLERK | No |
| 120.10 | 09/21/2012 | C | **ORDER**<br>*RESULT:* Granted 9/21/2012 BY THE CLERK | No |
| 121.00 | 12/27/2012 | P | **MOTION FOR TERMINATION**<br>of Mediation Stay<br>*RESULT:* Granted 1/4/2013 HON JULIA AURIGEMMA | No |
| 121.01 | 01/04/2013 | C | **ORDER**<br>*RESULT:* Granted 1/4/2013 HON JULIA AURIGEMMA | No |
| 122.00 | 01/07/2013 | C | **FORECLOSURE MEDIATOR'S FINAL REPORT - MEDIATION PERIOD TERMINATED** | No |
| 123.00 | 01/23/2013 | C | **FORECLOSURE MEDIATOR'S FINAL REPORT - MEDIATION PERIOD TERMINATED** | No |
| 124.00 | 04/10/2013 | D | **MOTION TO STRIKE**<br>PRAYERS FOR FORECLOSURE RELIEF<br>*RESULT:* Denied 5/21/2013 HON EDWARD DOMNARSKI | Yes |
| 124.10 | 05/21/2013 | C | **ORDER**<br>*RESULT:* Denied 5/21/2013 HON EDWARD DOMNARSKI | No |
| 125.00 | 04/10/2013 | D | **MEMORANDUM IN SUPPORT OF MOTION**<br>TO STRIKE FORECLOSURE PRAYERS FOR RELIEF | No |
| 126.00 | 05/08/2013 | P | **OBJECTION TO MOTION TO STRIKE AND MEMORANDUM IN OPPOSITION TO MOTION**<br>*RESULT:* Order 5/21/2013 HON EDWARD DOMNARSKI | Yes |
| 126.10 | 05/21/2013 | C | **ORDER**<br>*RESULT:* Order 5/21/2013 HON EDWARD DOMNARSKI | No |
| 127.00 | 05/15/2013 | D | **OBJECTION TO MOTION**<br>FOR SANCTIONS | No |
| 128.00 | 05/15/2013 | D | **REPLY MEMORANDUM**<br>IN SUPPORT OF MOTION TO STRIKE AND OPPOSITION TO MOTION FOR SANCTIONS | No |
| 129.00 | 05/17/2013 | P | **REPLY MEMORANDUM** | No |
| 130.00 | 11/04/2013 | P | **SUPPLEMENTAL RETURN** | No |
| 131.00 | 11/04/2013 | P | **MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20**<br>*RESULT:* Granted 11/21/2013 BY THE CLERK | No |
| 131.10 | 11/21/2013 | C | **ORDER**<br>*RESULT:* Granted 11/21/2013 BY THE CLERK | No |
| 132.00 | 11/04/2013 | P | **MOTION FOR DEFAULT-FAILURE TO PLEAD**<br>*RESULT:* Denied 11/14/2013 BY THE CLERK | No |
| 132.10 | 11/14/2013 | C | **ORDER**<br>*RESULT:* Denied 11/14/2013 BY THE CLERK | No |

| | | | | |
|---|---|---|---|---|
| 133.00 | 11/04/2013 | P | **DEMAND FOR DISCLOSURE OF DEFENSE PB 13-19** | No |
| 134.00 | 11/04/2013 | P | **MOTION FOR JUDGMENT-STRICT FORECLOSURE**<br>*RESULT:* Granted 3/7/2016 HON JULIA AURIGEMMA<br>**Last Updated:** Result Information - 03/08/2016 | Yes |
| 134.10 | 02/29/2016 | C | **ORDER**<br>*RESULT:* Continuance 2/29/2016 HON JULIA AURIGEMMA | No |
| 134.20 | 03/07/2016 | C | **ORDER**<br>*RESULT:* Granted 3/7/2016 HON JULIA AURIGEMMA | No |
| 135.00 | 11/04/2013 | P | **APPRAISAL** | No |
| 136.00 | 11/12/2013 | D | **ANSWER AND SPECIAL DEFENSE** | No |
| 137.00 | 11/12/2013 | D | **DEMAND FOR DISCLOSURE OF DEFENSE PB 13-19** | No |
| 138.00 | 06/02/2014 | P | **MOTION FOR SUMMARY JUDGMENT**<br>*RESULT:* Granted 10/10/2014 HON JULIA AURIGEMMA | Yes |
| 138.10 | 10/10/2014 | C | **ORDER**<br>*RESULT:* Granted 10/10/2014 HON JULIA AURIGEMMA | No |
| 139.00 | 06/02/2014 | P | **MEMORANDUM IN SUPPORT OF MOTION**<br>FOR SUMMARY JUDGMENT | No |
| 140.00 | 06/11/2014 | D | **REQUEST TO EXTEND TIME TO RESPOND - MOTION FOR SUMMARY JUDGMENT PB 17-45**<br>*RESULT:* Granted 6/17/2014 BY THE CLERK | No |
| 140.10 | 06/17/2014 | C | **ORDER**<br>*RESULT:* Granted 6/17/2014 BY THE CLERK | No |
| 141.00 | 07/09/2014 | D | **OBJECTION TO MOTION**<br>TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT | No |
| 142.00 | 07/09/2014 | D | **BRIEF**<br>IN OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION | No |
| 143.00 | 10/10/2014 | C | **MEMORANDUM OF DECISION ON MOTION**<br>*RESULT:* Order 10/10/2014 HON JULIA AURIGEMMA | No |
| 144.00 | 10/10/2014 | C | **INTERLOCUTORY JUDGMENT-GENERAL** | No |
| 145.00 | 11/26/2014 | D | **MOTION TO OPEN AND VACATE JUDGMENT**<br>*RESULT:* Denied 12/22/2014 HON JULIA AURIGEMMA | No |
| 145.10 | 12/22/2014 | C | **ORDER**<br>*RESULT:* Denied 12/22/2014 HON JULIA AURIGEMMA | No |
| 146.00 | 12/11/2014 | D | **OBJECTION TO MOTION**<br>FOR JUDGMENT OF FORECLOSURE | No |
| 147.00 | 12/12/2014 | P | **MOTION FOR CONTINUANCE**<br>Re: 12/15/14 Short Calendar Hearing<br>*RESULT:* Granted 12/12/2014 HON JULIA AURIGEMMA | No |
| 147.10 | 12/12/2014 | C | **ORDER**<br>*RESULT:* Granted 12/12/2014 HON JULIA AURIGEMMA | No |
| 148.00 | 12/19/2014 | P | **OBJECTION TO MOTION**<br>to Set Aside Motion for Summary Judgment | No |
| 149.00 | 07/23/2015 | D | **MOTION TO DISMISS PB 10-30**<br>*RESULT:* Denied 11/30/2015 HON JULIA AURIGEMMA | Yes |
| 149.10 | 11/30/2015 | C | **ORDER**<br>*RESULT:* Denied 11/30/2015 HON JULIA AURIGEMMA | No |
| 150.00 | 07/23/2015 | D | **AFFIDAVIT**<br>OF A. TANASI IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION | No |
| 151.00 | 07/23/2015 | D | **AFFIDAVIT** | No |

| | | | | |
|---|---|---|---|---|
| | | | OF R. TANASI IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION | |
| 152.00 | 07/23/2015 | D | **BRIEF**<br>IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION | No |
| 153.00 | 09/02/2015 | P | **OBJECTION TO MOTION**<br>TO DISMISS<br>*RESULT:* Sustained 11/30/2015 HON JULIA AURIGEMMA | No |
| 153.10 | 11/30/2015 | C | **ORDER**<br>*RESULT:* Sustained 11/30/2015 HON JULIA AURIGEMMA | No |
| 154.00 | 09/11/2015 | P | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 9/11/2015 HON EDWARD DOMNARSKI | No |
| 154.10 | 09/11/2015 | C | **ORDER**<br>*RESULT:* Granted 9/11/2015 HON EDWARD DOMNARSKI | No |
| 155.00 | 09/11/2015 | P | **CASEFLOW REQUEST (JD-CV-116)**<br>requesting adjudication on Motion for Continuance (dkt. entry 154) | No |
| 156.00 | 09/30/2015 | D | **REPLY MEMORANDUM**<br>IN FURTHER SUPPORT OF MOTION TO DISMISS | No |
| 157.00 | 12/03/2015 | P | **MOTION TO SEAL DOCUMENT**<br>*RESULT:* Granted 12/21/2015 HON JULIA AURIGEMMA | Yes |
| 157.10 | 12/21/2015 | C | **ORDER**<br>*RESULT:* Granted 12/21/2015 HON JULIA AURIGEMMA | No |
| 158.00 | 12/16/2015 | D | **OBJECTION TO MOTION**<br>LIMITED OBJECTION MOTION TO FILE DOCUMENT UNDER SEAL<br>*RESULT:* Overruled 12/21/2015 HON JULIA AURIGEMMA | No |
| 158.10 | 12/21/2015 | C | **ORDER**<br>*RESULT:* Overruled 12/21/2015 HON JULIA AURIGEMMA | No |
| 159.00 | 12/18/2015 | P | **REPLY**<br>to limited objection to the motion to seal | No |
| 160.00 | 12/21/2015 | C | **ORDER SEALING FILE OR DOCUMENT**<br>*RESULT:* Granted 12/21/2015 HON JULIA AURIGEMMA | Yes |
| 161.00 | 02/23/2016 | P | **APPRAISAL** | No |
| 162.00 | 02/25/2016 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 163.00 | 02/25/2016 | P | **AFFIDAVIT OF COMPLIANCE WITH EMAP** | No |
| 164.00 | 02/25/2016 | P | **AFFIDAVIT OF DEBT** | No |
| 165.00 | 02/25/2016 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 166.00 | 03/03/2016 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 167.00 | 03/03/2016 | P | **AFFIDAVIT OF DEBT** | No |
| 168.00 | 03/07/2016 | C | **JUDGMENT OF STRICT FORECLOSURE**<br>*RESULT:* HON JULIA AURIGEMMA | No |
| 169.00 | 03/18/2016 | P | **NOTICE OF JUDGMENT – CERTIFIED/SERVED** | No |
| 170.00 | 03/18/2016 | P | **BILL OF COSTS FILED FOR TAXATION BY CLERK - PB SEC 18-5** | No |
| 171.00 | 03/28/2016 | D | **APPEAL TO APPELLATE COURT ALL FEES PAID** | No |
| 172.00 | 05/11/2016 | D | **MOTION FOR ARTICULATION**<br>*RESULT:* Denied 5/25/2016 HON JULIA AURIGEMMA | No |
| 173.00 | 05/23/2016 | P | **OBJECTION**<br>*RESULT:* Sustained 5/25/2016 HON JULIA AURIGEMMA | No |

| Scheduled Court Dates as of 07/08/2016 | | | | |
|---|---|---|---|---|
| MMX-CV11-6005630-S - CITIMORTGAGE, INC. v. TANASI, AKA, RICHARD Et Al | | | | |
| # | Date | Time | Event Description | Status |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2016, State of Connecticut Judicial Branch