# EXHIBIT F

DOCKET NO. MMX-CV11-6005630-S

| | | |
|---|---|---|
| CITIMORTGAGE, INC., | : | SUPERIOR COURT |
| | : | |
| Plaintiff, | : | JUDICIAL DISTRICT OF |
| | : | MIDDLESEX |
| – against – | : | |
| | : | AT MIDDLETOWN |
| RICHARD TANASI A/K/A RICHARD F. | : | |
| TANASI, ET AL, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | November 26, 2014 |
| | : | |

### Motion to Open and Set Aside Summary Judgment and to Strike Summary Judgment Filings from the Record

Pursuant to Practice Book § 17-4 and CGS § 52-212a, defendants, Richard Tanasi and Athanasula Tanasi, move to open and set aside the summary judgment as to liability only granted in favor of plaintiff by order and memorandum of decision dated October 10, 2014 (Docs. 138.10 and 143). Plaintiff served, filed and proceeded on the motion in violation of a federal regulation and the Consumer Financial Protection Bureau's interpretation of that regulation. For the same reason, the Tanasis also request that the motion and all papers filed in support of it be struck from the record.

### Statement of Facts

Plaintiff commenced this action in July 2011 seeking, among other things, foreclosure of a mortgage on the Tanasis' home (Complaint). The Tanasis filed a request for foreclosure mediation on August 23, 2011 (Doc. 102). The parties participated in mediation through December 27, 2012 when plaintiff filed a motion to terminate the mediation stay claiming that

the Tanasis "do not qualify for any retention options" (Doc. 121). The court granted this motion on January 4, 2013 (Doc. 121.01).

By letter dated January 7, 2014, plaintiff affirmatively requested that the Tanasis submit another modification application (which was enclosed with the letter) and supporting documents (Ex. A). The Tanasis submitted the application, and plaintiff acknowledged its receipt, on February 21, 2014 (Ex. B).[1]

On March 19, 2014, plaintiff requested additional information and updated documents (Ex. B). Plaintiff followed up on that request on March 31, 2014 (Ex. B). The same day, March 31, 2014, the Tanasis submitted the requested information and updated documents and plaintiff confirmed their receipt (Ex. B).

On April 11, 2014, plaintiff again requested additional, updated and clarified information (Ex. B). The Tanasis submitted that information and clarification, and plaintiff acknowledged receipt, on April 29, 2014 (Ex. B).

On May 14, 2014, plaintiff again requested additional, updated and clarified information (Ex. B). Plaintiff made the same request on May 16, 2014 (Ex. B). Neither request claimed any due date for submission of the additional, update and clarified information.

On June 1, 2014, while the Tanasis' modification application was pending, a mere sixteen days after plaintiff's most recent request for additional information, and notwithstanding the absence of any due date for submission of such information, plaintiff served its motion for summary judgment as to liability alone (which it filed on June 2, 2014) (Docs. 138 and 139).

On July 3, 2014, the Tanasis submitted the information plaintiff requested on May 14 and May 16 (Ex. B). Plaintiff did not acknowledge receipt.

---

[1] Exhibit B is a collection of email messages in chronological order.

On July 7, 2014, the Tanasis received a letter dated July 1, 2014 from plaintiff enclosing another modification application and asking the Tanasis to "fill [it] out and return to our [office] ASAP!" (Ex. C). This July 1 letter requesting an entirely new application may be the reason plaintiff ignored the Tanasis' July 1 submission of the documents plaintiff requested in May.

Plaintiff's summary judgment motion appeared on the July 14, 2014 short calendar, which meant that the Tanasis' opposition had to be filed on July 9, 2014, two days after their July 7 receipt of plaintiff's July 1 request for a new modification application. The Tanasis filed their opposition to plaintiff's motion for summary judgment on July 9 as required (Docs. 141 and 142).

On July 10, 2014, the Tanasis re-submitted their modification application in compliance with plaintiff's July 1, 2014 letter (Ex. B).

The same day, July 10, 2014, plaintiff marked its summary judgment motion ready for July 14, notwithstanding the pending modification application (Ex. B). The court heard oral argument on July 14, 2014 and reserved decision

By letter dated July 22, 2014, plaintiff once again requested additional and updated information in connection with the Tanasis' pending modification application (Ex. D). The Tanasis submitted the additional requested information on August 1, 2014 and plaintiff acknowledged receipt on August 4, 2014 (Ex. B).

By letter dated August 27, 2014, plaintiff requested updated information in connection with the Tanasis' modification application (Ex. E). The Tanasis submitted that information on September 16, 2014 and plaintiff acknowledged receipt on the same day (Ex. B).

As of October 10, 2014, plaintiff had not informed the Tanasis of any decision on their modification application. Nor had plaintiff, as of that date, done anything to avoid a ruling on its

motion for summary judgment. As noted, on that date, the court granted plaintiff summary judgment as to liability alone by a memorandum of decision and entered an associated order (Docs. 138.10 and 143). As of this writing, plaintiff has not filed a motion for a judgment of foreclosure.

On October 24, 2014, plaintiff requested updated information "so that [plaintiff] can complete their review" (Ex. F). On November 3, 2014, the Tanasis submitted, and plaintiff acknowledged receipt of, the updated information (Ex. F).[2]

### Standard for Motion to Open and Set Aside

Our Appellate Court has observed, as follows:

> "The principles that govern motions to open or set aside a civil judgment are well established. A motion to open and vacate a judgment ... is addressed to the [trial] court's discretion, and the action of the trial court will not be disturbed on appeal unless it acted unreasonably and in clear abuse of its discretion."

*Labulis v. Kopylec*, 128 Conn.App. 571, 579, 17 A.3d 1157 (2011) (quoting *Housing Authority v. Goodwin*, 108 Conn.App. 500, 506, 949 A.2d 494 (2008)).

### Argument

### Federal Regulations Prohibited Summary Judgment while the Tanasis' Modification Application was Pending

Effective January 10, 2014, the Consumer Financial Protection Bureau's ("CFPB") amendments to Regulation X of RESPA prohibit a foreclosing party from moving for any type of foreclosure judgment while a modification application is pending. More specifically, 12 CFR § 1024.41(g) provides as follows:

> *Prohibition on foreclosure sale*. If a borrower submits a complete loss mitigation application after a servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process but more than 37 days before a foreclosure sale, a servicer shall not move for foreclosure judgment or order of sale, or conduct a foreclosure sale, unless:

---

[2] Exhibit F is a series of emails in chronological order.

(1) The servicer has sent the borrower a notice … that the borrower is not eligible for any loss mitigation option and the appeal process in paragraph (h) of this section is not applicable, the borrower has not requested an appeal within the applicable time period for requesting an appeal, or the borrower's appeal has been denied;

(2) The borrower rejects all loss mitigation options offered by the servicer; or

(3) The borrower fails to perform under an agreement on a loss mitigation option.

"[C]omplete loss mitigation application" is defined in § 1024.41(b) as "an application in connection with which a servicer has received all the information that the servicer requires from a borrower in evaluating applications for the loss mitigation options available to the borrower." The regulation continues by requiring the "servicer [to] exercise reasonable diligence in obtaining documents and information to complete a loss mitigation application." Thus, once the borrower submits an application, the servicer must inform the borrower of any missing information and afford the borrower an opportunity to submit it. An application is not "incomplete" unless and until the borrower fails to timely submit additional requested information.

Every time plaintiff asked the Tanasis to start their application from scratch, they did and every time plaintiff asked for additional or updated information the Tanasis timely provided it. In other words, the Tanasis have had a "complete loss mitigation application" pending with plaintiff from the time plaintiff filed its summary judgment motion through today.

Moreover, there can be no dispute that none of the exceptions apply to the Tanasis. Plaintiff has not sent them any notice that they are not eligible for any loss mitigation option. To the contrary, as noted, since foreclosure mediation terminated, plaintiff has twice requested, unilaterally, that the Tanasis submit a modification application – including one request that they submit the application "ASAP!" Plaintiff also has requested, several times, additional

5

information in connection with the Tanasis' application. Plaintiff has not offered any loss mitigation option so there was nothing the Tanasis could have rejected or under which they could have failed to perform.

Nor can there be any dispute that §1024.41(g) prohibited plaintiff from moving for summary judgment while the Tanasis' modification application was pending. The CFPB's official interpretation of §1024.41(g), published as Supplement I to part 1024 (copy attached), provides as follows:

> *Dispositive motion.* The prohibition on a servicer moving for judgment or order of sale includes making a dispositive motion for … summary judgment, which may directly result in a judgment of foreclosure or order of sale. A servicer that has made any such motion before receiving a complete loss mitigation application has not moved for a foreclosure judgment or order of sale if the servicer takes reasonable steps to avoid a ruling on such motion or issuance of such order prior to completing the procedures required by § 1024.41, notwithstanding whether any such action successfully avoids a ruling on a dispositive motion or issuance of an order of sale.

In *Wells Fargo Bank, N.A. v. Tarzia*, 150 Conn.App. 660, 667, *cert. denied*, 314 Conn. 905 (2014), the Appellate Court "reject[ed] the defendant's second claim of error that the court was without authority to grant summary judgment as a predicate for a judgment of strict foreclosure." Therefore, a summary judgment as to liability alone, which is what plaintiff sought to obtain with its motion for summary judgment, clearly "may directly result in a judgment of foreclosure …."

In short, the regulation as officially interpreted by the CFPB prohibited plaintiff from filing a motion for, or obtaining, summary judgment while the Tanasis' modification application was pending, as it still is.

Since plaintiff moved for and obtained summary judgment in violation of the regulation's prohibition on doing so, the summary judgment should be opened and set aside, the summary judgment papers should be struck from the record, and plaintiff should be injoined from filing

any motion for summary judgment and any motion for judgment of foreclosure, until there is a final decision on the Tanasis' modification application, including any associated appeals.

## Conclusion

For the foregoing reasons, the Court should open and set aside the summary judgment, strike the summary judgment papers from the record and injoin plaintiff from filing any motion for summary judgment and any motion for judgment of foreclosure until the Tanasis' modification application is finally decided.

Defendants,
Richard Tanasi and Athanasula Tanasi

By:___407598_____
        Christopher G. Brown
Begos Brown & Green LLP
2425 Post Road, Suite 205
Southport  CT 06890
(203) 254-1900
cbrown@bbgllp.com

7

**Certification**

I hereby certify that on November 26, 2014 a copy of the foregoing was mailed or electronically delivered to all counsel and pro se parties of record, as follows:

Hunt Leibert Jacobson, P.C.     Beckett Law Group       Richard Tanasi
50 Weston Street                543 Prospect Ave        27 Briarwood Drive
Hartford CT 06120               Hartford, CT 06105      Old Saybrook, CT 06475

Athanasula Tanasi
27 Briarwood Drive
Old Saybrook, CT 06475


407598
Christopher G. Brown

8

22. Supplement I to part 1024 is added to the end thereof to read as follows:

**Supplement I to Part 1024—Official Bureau Interpretations**

*Introduction*

1. *Official status.* This commentary is the primary vehicle by which the Bureau of Consumer Financial Protection issues official interpretations of Regulation X. Good faith compliance with this commentary affords protection from liability under section 19(b) of the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. 2617(b).

2. *Requests for official interpretations.* A request for an official interpretation shall be in writing and addressed to the Associate Director, Research, Markets, and Regulations, Bureau of Consumer Financial Protection, 1700 G Street, NW, Washington, DC 20552. A request shall contain a complete statement of all relevant facts concerning the issue, including copies of all pertinent documents. Except in unusual circumstances, such official interpretations will not be issued separately but will be incorporated in the official commentary to this part, which will be amended periodically. No official interpretations will be issued approving financial institutions' forms or statements. This restriction does not apply to forms or statements whose use is required or sanctioned by a government agency.

3. *Unofficial oral interpretations.* Unofficial oral interpretations may be provided at the discretion of Bureau staff. Written requests for such interpretations should be sent to the address set forth for official interpretations. Unofficial oral interpretations provide no protection under section 19(b) of RESPA. Ordinarily, staff will not issue unofficial oral interpretations on matters adequately covered by this part or the official Bureau interpretations.

4. *Rules of construction.* (a) Lists that appear in the commentary may be exhaustive or illustrative; the appropriate construction should be clear from the context. In most cases,

illustrative lists are introduced by phrases such as "including, but not limited to," "among other things," "for example," or "such as."

(b) Throughout the commentary, reference to "this section" or "this paragraph" means the section or paragraph in the regulation that is the subject of the comment.

5. *Comment designations.* Each comment in the commentary is identified by a number and the regulatory section or paragraph that the comment interprets. The comments are designated with as much specificity as possible according to the particular regulatory provision addressed. For example, some of the comments to § 1024.37(c)(1) are further divided by subparagraph, such as comment 37(c)(1)(i)-1. In other cases, comments have more general application and are designated, for example, as comment 40(a)-1. This introduction may be cited as comments I-1 through I-5.

SUBPART A—GENERAL PROVISIONS

[Reserved]

SUBPART B—MORTGAGE SETTLEMENT AND ESCROW ACCOUNTS

[Reserved]

*Section 1024.17—Escrow Accounts*

*17(k) Timely payments.*

*17(k)(5) Timely payment of hazard insurance.*

*17(k)(5)(ii) Ability to disburse funds.*

*17(k)(5)(ii)(A) When inability exists.*

1. *Examples of reasonable basis to believe that a policy has been cancelled or not renewed.* The following are examples of where a servicer has a reasonable basis to believe that a

3. *Delinquency*.  For purposes of § 1024.40(a), delinquency begins on the day a payment sufficient to cover principal, interest, and, if applicable, escrow for a given billing cycle is due and unpaid, even if the borrower is afforded a period after the due date to pay before the servicer assesses a late fee.  *See* the example set forth in comment 39(a)-1.i.

Section 1024.41 – Loss mitigation options.

41(b) Receipt of a loss mitigation application.

41(b)(1) Complete loss mitigation application.

1. *In general*.  A servicer has flexibility to establish its own application requirements and to decide the type and amount of information it will require from borrowers applying for loss mitigation options.

2. *When an inquiry or prequalification request becomes an application*.  A servicer is encouraged to provide borrowers with information about loss mitigation programs.  If in giving information to the borrower, the borrower expresses an interest in applying for a loss mitigation option and provides information the servicer would evaluate in connection with a loss mitigation application, the borrower's inquiry or prequalification request has become a loss mitigation application.  A loss mitigation application is considered expansively and includes any "prequalification" for a loss mitigation option.  For example, if a borrower requests that a servicer determine if the borrower is "prequalified" for a loss mitigation program by evaluating the borrower against preliminary criteria to determine eligibility for a loss mitigation option, the request constitutes a loss mitigation application.

3. *Examples of inquiries that are not applications*.  The following examples illustrate situations in which only an inquiry has taken place and no loss mitigation application has been submitted:

i. A borrower calls to ask about loss mitigation options and servicer personnel explain the loss mitigation options available to the borrower and the criteria for determining the borrower's eligibility for any such loss mitigation option.  The borrower does not, however, provide any information that a servicer would consider for evaluating a loss mitigation application.

ii. A borrower calls to ask about the process for applying for a loss mitigation option but the borrower does not provide any information that a servicer would consider for evaluating a loss mitigation application.

4. *Diligence requirements.*  Although a servicer has flexibility to establish its own requirements regarding the documents and information necessary for a loss mitigation application, the servicer must act with reasonable diligence to collect information needed to complete the application.  Further, a servicer must request information necessary to make a loss mitigation application complete promptly after receiving the loss mitigation application.  Reasonable diligence includes, without limitation, the following actions:

i. A servicer requires additional information from the applicant, such as an address or a telephone number to verify employment; the servicer contacts the applicant promptly to obtain such information after receiving a loss mitigation application; and

ii. Servicing for a mortgage loan is transferred to a servicer and the borrower makes an incomplete loss mitigation application to the transferee servicer after the transfer; the transferee servicer reviews documents provided by the transferor servicer to determine if information required to make the loss mitigation application complete is contained within documents transferred by the transferor servicer to the servicer.

5. *Information not in the borrower's control.*  A loss mitigation application is complete when a borrower provides all information required from the borrower notwithstanding that

38

additional information may be required by a servicer that is not in the control of a borrower.  For example, if a servicer requires a consumer report for a loss mitigation evaluation, a loss mitigation application is considered complete if a borrower has submitted all information required from the borrower without regard to whether a servicer has obtained a consumer report that a servicer has requested from a consumer reporting agency.

*41(c) Review of loss mitigation applications.*

*41(c)(1) Complete loss mitigation application.*

1. *Definition of "evaluation."*  The conduct of a servicer's evaluation with respect to any loss mitigation option is in the sole discretion of a servicer.  A servicer meets the requirements of § 1024.41(c)(1)(i) if the servicer makes a determination regarding the borrower's eligibility for a loss mitigation program.  Consistent with § 1024.41(a), because nothing in section 1024.41 should be construed to permit a borrower to enforce the terms of any agreement between a servicer and the owner or assignee of a mortgage loan, including with respect to the evaluation for, or provision of, any loss mitigation option, § 1024.41(c)(1) does not require that an evaluation meet any standard other than the discretion of the servicer.

2. *Loss mitigation options available to a borrower.*  The loss mitigation options available to a borrower are those options offered by an owner or assignee of the borrower's mortgage loan.  Loss mitigation options administered by a servicer for an owner or assignee of a mortgage loan other than the owner or assignee of the borrower's mortgage loan are not available to the borrower solely because such options are administered by the servicer.  For example:

i. A servicer services mortgage loans for two different owners or assignees of mortgage loans.  Those entities each have different loss mitigation programs.  loss mitigation options not offered by the owner or assignee of the borrower's mortgage loan are not available to the

borrower; or

ii. The owner or assignee of a borrower's mortgage loan has established pilot programs, temporary programs, or programs that are limited by the number of participating borrowers. Such loss mitigation options are available to a borrower.  However, a servicer evaluates whether a borrower is eligible for any such program consistent with criteria established by an owner or assignee of a mortgage loan.  For example, if an owner or assignee has limited a pilot program to a certain geographic area or to a limited number of participants, and the servicer determines that a borrower is not eligible based on any such requirement, the servicer shall inform the borrower that the investor requirement for the program is the basis for the denial.

3. *Offer of a non-home retention option.*  A servicer's offer of a non-home retention option may be conditional upon receipt of further information not in the borrower's possession and necessary to establish the parameters of a servicer's offer.  For example, a servicer complies with the requirement for evaluating the borrower for a short sale option if the servicer offers the borrower the opportunity to enter into a listing or marketing period agreement but indicates that specifics of an acceptable short sale transaction may be subject to further information obtained from an appraisal or title search.

*41(c)(2) Incomplete loss mitigation application evaluation.*

*41(c)(2)(i) In general.*

1. *Offer of a loss mitigation option without an evaluation of a loss mitigation application.* Nothing in § 1024.41(c)(2)(i) prohibits a servicer from offering loss mitigation options to a borrower who has not submitted a loss mitigation application.  Further, nothing in § 1024.41(c)(2)(i) prohibits a servicer from offering a loss mitigation option to a borrower who has submitted an incomplete loss mitigation application where the offer of the loss mitigation

option is not based on any evaluation of information submitted by the borrower in connection with such loss mitigation application. For example, if a servicer offers trial loan modification programs to all borrowers who become 150 days delinquent without an application or consideration of any information provided by a borrower in connection with a loss mitigation application, the servicer's offer of any such program does not violate § 1024.41(c)(2)(i), and a servicer is not required to comply with § 1024.41 with respect to any such program, because the offer of the loss mitigation option is not based on an evaluation of a loss mitigation application.

*2. Servicer discretion.* Although a review of a borrower's incomplete loss mitigation application is within a servicer's discretion, and is not required by § 1024.41, a servicer may be required separately, in accordance with policies and procedures maintained pursuant to § 1024.38(b)(2)(v), to properly evaluate a borrower who submits an application for a loss mitigation option for all loss mitigation options available to the borrower pursuant to any requirements established by the owner or assignee of the borrower's mortgage loan. Such evaluation may be subject to requirements applicable to loss mitigation applications otherwise considered incomplete pursuant to § 1024.41.

*41(c)(2)(ii) Reasonable time.*

1. *Significant period of time.* A significant period of time under the circumstances may include consideration of the timing of the foreclosure process. For example, if a borrower is less than 50 days before a foreclosure sale, an application remaining incomplete for 15 days may be a more significant period of time under the circumstances than if the borrower is still less than 120 days delinquent on a mortgage loan obligation.

*41(d) Denial of loan modification options.*

*Paragraph 41(d)(1).*

41

1. *Investor requirements.*  If a trial or permanent loan modification option is denied because of a requirement of an owner or assignee of a mortgage loan, the specific reasons in the notice provided to the borrower must identify the owner or assignee of the mortgage loan and the requirement that is the basis of the denial.  A statement that the denial of a loan modification option is based on an investor requirement, without additional information specifically identifying the relevant investor or guarantor and the specific applicable requirement, is insufficient.  However, where an owner or assignee has established an evaluation criteria that sets an order ranking for evaluation of loan modification options (commonly known as a waterfall) and a borrower has qualified for a particular loan modification option in the ranking established by the owner or assignee, it is sufficient for the servicer to inform the borrower, with respect to other loan modification options ranked below any such option offered to a borrower, that the investor's requirements include the use of such a ranking and that an offer of a loan modification option necessarily results in a denial for any other loan modification options below the option for which the borrower is eligible in the ranking.

2. *Net present value calculation.*  If a trial or permanent loan modification is denied because of a net present value calculation, the specific reasons in the notice provided to the borrower must include the inputs used in the net present value calculation.

3. *Other notices.*  A servicer may combine other notices required by applicable law, including, without limitation, a notice with respect to an adverse action required by Regulation B (12 CFR 1002 *et seq.*) or a notice required pursuant to the Fair Credit Reporting Act, with the notice required pursuant to § 1024.41(d), unless otherwise prohibited by applicable law.

4. *Determination not to offer a loan modification option constitutes a denial.*  A servicer's determination not to offer a borrower a loan modification available to the borrower

constitutes a denial of the borrower for that loan modification option, notwithstanding whether a servicer offers a borrower a different loan modification option or other loss mitigation option.

*41(f) Prohibition on foreclosure referral.*

*41(f)(1) Pre-foreclosure review period.*

1. *First notice or filing required by applicable law.*  The first notice or filing required by applicable law refers to any document required to be filed with a court, entered into a land record, or provided to a borrower as a requirement for proceeding with a judicial or non-judicial foreclosure process.  Such notices or filings include, for example, a foreclosure complaint, a notice of default, a notice of election and demand, or any other notice that is required by applicable law in order to pursue acceleration of a mortgage loan obligation or sale of a property securing a mortgage loan obligation.

*41(g) Prohibition on foreclosure sale.*

1. *Dispositive motion.*  The prohibition on a servicer moving for judgment or order of sale includes making a dispositive motion for foreclosure judgment, such as a motion for default judgment, judgment on the pleadings, or summary judgment, which may directly result in a judgment of foreclosure or order of sale.  A servicer that has made any such motion before receiving a complete loss mitigation application has not moved for a foreclosure judgment or order of sale if the servicer takes reasonable steps to avoid a ruling on such motion or issuance of such order prior to completing the procedures required by § 1024.41, notwithstanding whether any such action successfully avoids a ruling on a dispositive motion or issuance of an order of sale.

2. *Proceeding with the foreclosure process.*  Nothing in § 1024.41(g) prevents a servicer from proceeding with the foreclosure process, including any publication, arbitration, or

mediation requirements established by applicable law, when the first notice or filing for a foreclosure proceeding occurred before a servicer receives a complete loss mitigation application so long as any such steps in the foreclosure process do not cause or directly result in the issuance of a foreclosure judgment or order of sale, or the conduct of a foreclosure sale, in violation of § 1024.41.

   3. *Interaction with foreclosure counsel.*  A servicer is responsible for promptly instructing foreclosure counsel retained by the servicer not to proceed with filing for foreclosure judgment or order of sale, or to conduct a foreclosure sale, in violation of § 1024.41(g) when a servicer has received a complete loss mitigation application, which may include instructing counsel to move for a continuance with respect to the deadline for filing a dispositive motion.

   4. *Loss mitigation applications submitted 37 days or less before foreclosure sale.* Although a servicer is not required to comply with the requirements in § 1024.41 with respect to a loss mitigation application submitted 37 days or less before a foreclosure sale, a servicer is required separately, in accordance with policies and procedures maintained pursuant to § 1024.38(b)(2)(v) to properly evaluate a borrower who submits an application for a loss mitigation option for all loss mitigation options available to the borrower pursuant to any requirements established by the owner or assignee of the borrower's mortgage loan.  Such evaluation may be subject to requirements applicable to a review of a loss mitigation application submitted by a borrower 37 days or less before a foreclosure sale.

   *Paragraph 41(g)(3).*

   1. *Short sale listing period.*  An agreement for a short sale transaction, or other similar loss mitigation option, typically includes marketing or listing periods during which a servicer will allow a borrower to market a short sale transaction.  A borrower is deemed to be performing

under an agreement on a short sale, or other similar loss mitigation option, during the term of a marketing or listing period.

2. *Short sale agreement.* If a borrower has not obtained an approved short sale transaction at the end of any marketing or listing period, a servicer may determine that a borrower has failed to perform under an agreement on a loss mitigation option. An approved short sale transaction is a short sale transaction that has been approved by all relevant parties, including the servicer, other affected lienholders, or insurers, if applicable, and the servicer has received proof of funds or financing, unless circumstances otherwise indicate that an approved short sale transaction is not likely to occur.

*41(h) Appeal process.*

*Paragraph 41(h)(3).*

1. *Supervisory personnel.* The appeal may be evaluated by supervisory personnel that are responsible for oversight of the personnel that conducted the initial evaluation, as long as the supervisory personnel were not directly involved in the initial evaluation of the borrower's complete loss mitigation application.

*41(i) Duplicative requests.*

1. *Servicing transfers.* A transferee servicer is required to comply with the requirements of § 1024.41 regardless of whether a borrower received an evaluation of a complete loss mitigation application from a transferor servicer. Documents and information transferred from a transferor servicer to a transferee servicer may constitute a loss mitigation application to the transferee servicer and may cause a transferee servicer to be required to comply with the requirements of § 1024.41 with respect to a borrower's mortgage loan account.

2. *Application in process during servicing transfer.* A transferee servicer must obtain documents and information submitted by a borrower in connection with a loss mitigation application during a servicing transfer, consistent with policies and procedures adopted pursuant to § 1024.38. A servicer that obtains the servicing of a mortgage loan for which an evaluation of a complete loss mitigation option is in process should continue the evaluation to the extent practicable. For purposes of § 1024.41(e)(1), 1024.41(f), 1024.41(g), and 1024.41(h), a transferee servicer must consider documents and information received from a transferor servicer that constitute a complete loss mitigation application for the transferee servicer to have been received by the transferee servicer as of the date such documents and information were provided to the transferor servicer.

*Appendix MS—Mortgage Servicing Model Forms and Clauses*

1. *In general.* This appendix contains model forms and clauses for mortgage servicing disclosures required by §§ 1024.33, 37, and 39. Each of the model forms is designated for uses in a particular set of circumstances as indicated by the title of that model form or clause. Although use of the model forms and clauses is not required, servicers using them appropriately will be in compliance with disclosure requirements of §§ 1024.33, 37, and 39. To use the forms appropriately, information required by regulation must be set forth in the disclosures.

2. *Permissible changes.* Servicers may make certain changes to the format or content of the forms and clauses and may delete any disclosures that are inapplicable without losing the protection from liability so long as those changes do not affect the substance, clarity, or meaningful sequence of the forms and clauses. Servicers making revisions to that effect will lose their protection from civil liability. Except as otherwise specifically required, acceptable changes include, for example:

EXHIBIT A



Hunt Leibert Jacobson, P.C.
Attorneys at Law
Hartford & Fairfield, Connecticut

50 Weston Street
Hartford, CT 06120
Telephone: (860) 808-0606

January 7, 2014

BEGOS BROWN & GREEN LLP
2425 POST ROAD
SUITE 205
SOUTHPORT, CT 06890

Re:   Loan :        182
      CitiMortgage vs. Tanasi
      Loss Mitigation Request

Dear Attorney:

Enclosed please find the CitiMortgage Workable Solutions Application that our client has requested we send to you to have your client fill out and return to our office within 2 weeks.

Please complete this application and fax to me @ 860-244-9071.

If you have any questions please call CitiMortgage @ 866-272-4749.


Very truly yours,

Kassandra Belisle

Kassandra Belisle
Nonlawyer Assistant, Payoff, Reinstatement & Homeowner Retention Team of Hunt, Leibert, Jacobson P.C.
50 Weston Street, Hartford, CT 06120
Phone:860-240-9175
Fax:860-244-9071
kbelisle@huntleibert.com

Encl

# CITIMORTGAGE WORKABLE SOLUTIONS APPLICATION

## citi

# FAX COVER SHEET

### Sender's Information

| | |
|---|---|
| Name: | |
| Telephone: | |
| Number of Pages: | |

### Receiver's Information

| | |
|---|---|
| To: | |
| Fax: | |
| Loan #: | |

## ENCLOSED INFORMATION

Please send the following as directed in the attached letter. Check all that apply:

- ☐ Complete Workable Solutions Application
- ☐ Hardship Letter (unless completed on pg. 3 of Workable Solutions)
- ☐ Most Recent 30 days of Paystubs for ALL Individuals Contributing to the Household Income (if paid weekly remit 4; bi-weekly or semi-monthly remit 2)
- ☐ Year-to-Date Profit & Loss Statement for Self-Employed Mortgagors
- ☐ Employment Verification Letter (only if unable to provide valid paystubs)
- ☐ Social Security Award Letter (if applicable)
- ☐ Retirement Benefits Award Letter or Monthly Statement (if applicable)
- ☐ Spousal and/or Child Support Court Order (if applicable)
- ☐ Copy of Current Homeowner's Insurance Policy
- ☐ Copy of Lease Agreement(s) for any Rental Properties (if applicable)
- ☐ Declaration Letter stating ANY Outstanding Tax Liens and/or Judgments have been "Satisfied" or placed on a "Payment Plan"
- ☐ Copy of Quit Claim Deed (if applicable)
- ☐ Other: _____
  _____
  _____

# CITIMORTGAGE WORKABLE SOLUTIONS APPLICATION    citi

**Please send copies of:**
- 2 recent consecutive pay stubs, or
- 2 consecutive months of bank statements, or
- 2 consecutive tax returns

CITI LOAN NUMBER

What are your intentions regarding this property?  ☐ Sell   ☐ Rent   ☐ Keep

## PART A Borrower Information

| Borrower Name | Social Security Number | Co-Borrower Name | Social Security Number |
|---|---|---|---|
| Borrower Phone No.<br>Day<br>Evening<br>Cell | | Co-Borrower Phone No.<br>Day<br>Evening<br>Cell | |
| Property Address: Street<br>Street<br>City<br>State                Zip | | Mailing Address (if applicable):<br>Street<br>City<br>State                Zip | |
| Email Address | | Email Address | |
| Employer (Current) | Position | Employer (Current) | Position |
| Years on Job | Employer Phone | Years on Job | Employer Phone |

If in current job for less than 5 years, enter your previous employer information below.

| Employer (Previous) | Position | Employer (Previous) | Position |
|---|---|---|---|
| Years on Job | Employer Phone | Years on Job | Employer Phone |

## PART B Property Information

| Is this property for SALE? ☐ Yes ☐ No | Is this property for RENT? ☐ Yes ☐ No<br>Who is living in the property? | | |
|---|---|---|---|
| List Date<br>Price | Monthly Rent | Month Last Paid | Date Lease Expires Date of Lease |
| Realtor Name | | | |
| Realtor Phone | | | |

| DESCRIPTION (MONTHLY) | |
|---|---|
| Gross Salary/Wages | |
| Net Salary/Wages | |
| Other Income | |
| Other Additional Income<br>(i.e., SSI, Rental, Second Job, Child Support) | |
| Total Net Income | |

# CITIMORTGAGE WORKABLE SOLUTIONS APPLICATION

**citi**

## PART D Monthly Expenses

| DESCRIPTION (MONTHLY) | Monthly Payment | Balance Due | # Months Delinquent |
|---|---|---|---|
| 1. Primary Home Mortgage | $ | $ | |
| 2. Taxes on Primary Home (if not included in #1) | $ | $ | |
| 3. Insurance on Primary Home (if not included in #1) | $ | $ | |
| 4. Rent Payment (if owner not occupying subject property) | $ | $ | |
| 5. Maintenance/Homeowners Association Fees | $ | $ | |
| 6. Other Mortgages | $ | $ | |
| 7. Automobile Loans | $ | $ | |
| 8. Other Loans | $ | $ | |
| 9. Credit Cards (minimum payment) | $ | $ | |
| 10. Alimony/Child Support | $ | $ | |
| 11. Child/Dependent Care | $ | $ | |
| 12. Utilities (water, electricity, gas, cable, etc.) | $ | $ | |
| 13. Telephone (landline and cell phone) | $ | $ | |
| 14. Insurance (automobile, health, life) | $ | $ | |
| 15. Medical Expenses (uninsured) | $ | $ | |
| 16. Car Expenses (gas, maintenance, parking) | $ | $ | |
| 17. Groceries and Toiletries | $ | $ | |
| 18. Other Monthly Expense (explain) | $ | $ | |
| 19. Other Monthly Expense (explain) | $ | $ | |
| 20. Other Monthly Expense (explain) | $ | $ | |

## PART E General Questions

Please try to complete as many of the questions as possible. Additional information may be necessary and Citi will need to speak with you during the assistance process.

1. Do you occupy this property as a Primary Residence?  ☐ Yes  ☐ No
   If Yes, how long have you lived at this residence?  Years:  Months:

2. How many people reside in the household?

3. Do you have any dependents under the age of 18?  ?  ☐ Yes  ☐ No  If Yes, how many?

4. Do you have any other debts or obligations secured by this property (i.e. second mortgage, home equity loan, judgments or liens)?
   ☐ Yes  ☐ No  If Yes, please itemize these debts or obligations below:

| Debt/Obligation | Amount |
|---|---|
| | $ |
| | $ |
| | $ |

5. Do you own any other properties?  ☐ Yes  ☐ No  How many?   If yes, please complete the following items:

| Monthly Payment | Rental Income | Principal Balance | Is this property currently vacant? |
|---|---|---|---|
| | | | ☐ Yes  ☐ No |
| | | | ☐ Yes  ☐ No |
| | | | ☐ Yes  ☐ No |

6. What is the amount of funds you immediately have available to apply toward your mortgage delinquency? $

7. In addition to the amount stated above, what amount will you have available in 30 days? $

# CITIMORTGAGE WORKABLE SOLUTIONS APPLICATION

**cîti**

## PART E General Questions (cont'd)

Please try to complete as many of the questions as possible. Additional information may be necessary and Citi will need to speak with you during the assistance.

Briefly explain the reason why you are behind on your mortgage payment(s) or are in imminent danger of default (if needed, attach a separate sheet of paper for explanation):

What is your proposal for repaying the arrearage?

## CITIMORTGAGE WORKABLE SOLUTIONS APPLICATION

citi

### Authorization to Release Information

IN ADDITION TO THIS FINANCIAL STATEMENT AND ITS ATTACHMENTS, THERE MAY BE TIMES WHEN ADDITIONAL INFORMATION IS NEEDED TO REVIEW THE SITUATION THOROUGHLY, SUCH AS:

1. ORDERING CREDIT REPORTS
2. VERIFYING BANK ACCOUNTS IN THIS DISCLOSURE
3. OBTAINING ANY OTHER INFORMATION NECESSARY TO PROPERLY ANALYZE THIS REQUEST

I ACKNOWLEDGE THAT EVERYTHING I HAVE STATED IN THIS DISCLOSURE IS TRUE AND FACTUAL TO THE BEST OF MY ABILITY. I ALSO AGREE THAT IF IT IS DETERMINED THAT I HAVE PROVIDED INFORMATION THAT IS MISREPRESENTED AND THEREBY CAUSED ACTIONS TO BE TAKEN WHICH WOULD NOT HAVE BEEN TAKEN HAD THE TRUE FACTS BEEN KNOWN, I SHALL BE LIABLE FOR ANY AND ALL LOSSES SUFFERED BY THE LENDER OF MY MORTGAGE LOAN.

Borrower Signature Date Borrower Signature Date

## AUTHORIZATION TO RELEASE INFORMATION

I/WE HEREBY AUTHORIZE YOU TO RELEASE TO ______________________
ANY AND ALL INFORMATION THEY MAY REQUIRE FOR THE PURPOSE OF A HARDSHIP REVIEW.
THANK YOU.

Borrower Signature Date Borrower Signature Date

Social Security Number Social Security Number

Form **4506-T**
(Rev. January 2012)
Department of the Treasury
Internal Revenue Service

# Request for Transcript of Tax Return

► Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

First Advantage Credco, Mail Stop 314, 1000 Technology Dr., O'Fallon, MO 63368  Phone: 866-413-4560

*Caution. If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.*

6  **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ►  **1040**

a  **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, Form 1120L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days  .  .  .  .  .  .  . ☑

b  **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days  .  . ☐

c  **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days  .  .  .  .  . ☐

7  **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days  .  . ☐

8  **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2010, filed in 2011, will not be available from the IRS until 2012. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days  .  .  . ☐

**Caution.** *If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.*

9  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.  **12/31/2010**  **12/31/2011**

Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved **identity theft** on your federal tax return  .  .  .  .  . ☐

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**

► Signature (see instructions) _____ Date _____

► Title (if line 1a above is a corporation, partnership, estate, or trust) _____

Spouse's signature _____ Date _____

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 37667N   Form **4506-T** (Rev. 1-2012)

Form 4506-T (Rev. 1-2012)                                                                                     Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506-T at *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

## General Instructions

**CAUTION.** *Do not sign this form unless all applicable lines have been completed.*

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note.** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301  512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888  559-456-5876 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999  816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409  801-620-6922 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250  859-669-3592 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form**, 10 min.; **Preparing the form**, 12 min.; and **Copying, assembling, and sending the form to the IRS**, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service Tax Products Coordinating Committee SE:W:CAR:MP:T:M:S 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

## UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about all of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

NOTICE: In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

REMINDER: The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.

| Loan Number | _____ (usually found on your monthly mortgage statement) |
|---|---|
| Servicer's Name | |

I want to: ☐ Keep the Property   ☐ Vacate the Property   ☐ Sell the Property   ☐ Undecided

The property is currently: ☐ My Primary Residence   ☐ Second Home   ☐ An Investment Property

The property is currently: ☐ Owner Occupied   ☐ Renter Occupied   ☐ Vacant

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER · DATE OF BIRTH | SOCIAL SECURITY NUMBER · DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | |
| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) | EMAIL ADDRESS |

| | |
|---|---|
| Is the property listed for sale?  ☐ Yes  ☐ No | Have you contacted a credit counseling agency for help? |
| If yes, what was the listing date? | ☐ Yes       ☐ No |
| If property has been listed for sale, have you received an offer on the property?  ☐ Yes  ☐ No | If yes, complete the counselor contact information below: |
| Date of offer: _____   Amount of Offer: _____ | Counselor's Name: _____ |
| Agent's Name: _____ | Agency's Name: _____ |
| Agent's Phone Number | Counselor's Phone Number: _____ |
| For Sale by Owner?  ☐ Yes  ☐ No | Counselor's Email Address: _____ |

Do you have condominium or homeowner association (HOA) fees?  ☐ Yes  ☐ No

Total Monthly payment amount: _____   Name and Address fees are paid to? _____

Have you filed for bankruptcy?  ☐ Yes  ☐ No   If yes?  ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13

If yes, what is the filing date? _____   Has your bankruptcy been discharged?  ☐ Yes  ☐ No   Bankruptcy case Number: _____

Is any borrower an active duty service member?  ☐ Yes  ☐ No

Has any borrower been deployed away from his/her primary residence or received a Permanent Change of Station order?  ☐ Yes  ☐ No

Is any borrower the surviving spouse of a deceased service member who was on active duty at the time of death?  ☐ Yes  ☐ No

## UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s) excluding retirement funds) | |
|---|---|---|---|---|---|
| Gross wages | | First Mortgage Payment | | Checking Account(s) | |
| Overtime | | Second Mortgage Payment | | Checking Account(s) | |
| Child Support / Alimony* | | Homeowner's Insurance | | Savings / Money Market | |
| Non-taxable social security/SSDI | | Property Taxes | | CDs | |
| Taxable SS benefits or other monthly income from annuities or retirement plans | | Credit Cards/ Installment Loan(s) (total minimum payment per month) | | Stock / Bonds | |
| Tips, commission, bonus and self-employed income | | Alimony , child support payments* | | Other Cash on Hand | |
| Rents Received | | Car Lease Payments | | Other Real Estate (estimated value) | |
| Unemployment income | | HOA/Condo Fees/Property Maintenance | | Other _____ | |
| Food Stamps/ Welfare | | Mortgage Payments on other properties | | | |
| Other _____ | | Other _____ | | | |
| Total (Gross Income) | | Total Household Expenses and Debt Payments | | Total Assets | |

Any other liens (mortgage liens, mechanics liens, tax liens, etc.)

| LienHolder's Name | Balance and Interest Rate | Loan Number | LienHolder's Phone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### Required Income Documentation

☐ **Do you earn a salary or hourly wage?**

For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' earnings and documentation reflecting year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

☐ **Are you self-employed?**

For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity.

☐ **Do you have any additional sources of income?** Provide for each borrower, as applicable:

"Other Earned Income" such as bonuses, commissions, housing allowance, tips, or overtime:

☐ Reliable third-party documentation describing the amount and nature of the income (e.g., paystub, employment contract or printouts documenting tip income).

Social Security, disability or death benefits, pension, public assistance, or adoption assistance:

☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and

☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.

Rental income:

☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E –Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent you reported, reduced by the monthly debt service on the property, if applicable; or

☐ If rental income is not reported on Schedule E - Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.

Investment income:

☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.

Alimony, child support, or separation maintenance payments as qualifying income:*

☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and

☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

*Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

## UNIFORM BORROWER ASSISTANCE FORM

### HARDSHIP AFFIDAVIT

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options.  Date Hardship Began is:

I believe my situation is: ☐ Short-term (under 6 months) ☐ Medium-term ( 6 - 12 months) ☐ Long- term or Permanent Hardship ( greater than 12 months)

**I am having difficulty making my monthly payment because of the reason set forth below:**
*(Please check the primary reason and submit required documentation demonstrating your primary hardship)*

| If Your Hardship is: | Then the Required Hardship Documentation is: | |
|---|---|---|
| ☐ Unemployment | ☐ | No hardship documentation required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ | No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ | No hardship documentation required |
| ☐ Divorce or legal separation; separation of borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ | Divorce decree signed by the court; OR |
| | ☐ | Separation agreement signed by the court; OR |
| | ☐ | Current credit report evidencing divorce,separation, or non-occupying borrower has a different address; OR |
| | ☐ | Recorded quitclaim deed evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☐ | Death certificate; OR |
| | ☐ | Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ | Proof of monthly insurance benefits or government assistance (if applicable); OR |
| | ☐ | Written statement or other documentation verifying disability or illness; OR |
| | ☐ | Doctor's certificate of illness or disability; OR |
| | ☐ | Medical Bills |
| | | None of the above shall require providing detailed medical information |
| ☐ Disaster (natural or man-made) adversely impacting the property or borrower's place of employment | ☐ | Insurance claim; OR |
| | ☐ | Federal Emergency Management Agency grant or Small Business Administration loan; OR |
| | ☐ | Borrower or employer property located in a federally declared disaster area |
| ☐ Distant employment transfer/ Relocation | | For active-duty servicemembers: Notice of Permanent Change of Station (PCS) or actual PCS orders. For employment transfers/new employment: |
| | ☐ | Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR |
| | ☐ | Paystub from new employer; OR |
| | ☐ | If none of these apply, provide written explanation |
| | | In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ | Tax return from the previous year (including all schedules) AND |
| | ☐ | Proof of business failure supported by one of the following: |
| | | ☐ Bankruptcy filing for the business; OR |
| | | ☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR |
| | | ☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other: a hardship that is not covered above | ☐ | Written explanation describing the details of the hardship and relevant documentation |

## UNIFORM BORROWER ASSISTANCE FORM

### Borrower/Co-Borrower Acknowledgement and Agreement

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.
2. The accuracy of my statements may be reviewed by the servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all servicer, or authorized third party*, communications.
3. Knowingly submitting false information may violate Federal and other applicable law.
4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.
5. The servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
6. I may be eligible for a trial period plan, repayment plan, or forbearance plan. If I am eligible for one of these plans, I agree that:
    a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.
    b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the servicer.
    c. The servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.
    d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.
7. A condemnation notice has not been issued for the property.
8. The servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.
9. The servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:
    a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and
    b. The U.S. Department of Treasury, Fannie Mae and Freddie Mac, in conjunction with their responsibilities under the Making Home Affordable program, or any companies that perform support services to them.
10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender/servicer/ or authorized third party*. By checking this box, I also consent to being contacted by ☐ text messaging.

_____     _____     _____     _____
Borrower Signature                        Date                                      Co-Borrower Signature                     Date

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

EXHIBIT B

Gmail - CitiMortgage v. Tanasi                                    https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



Christopher Brown <christopher.brown46@gmail.com>

## CitiMortgage v. Tanasi

Christopher G. Brown <cbrown@bbgllp.com>                         Fri, Feb 21, 2014 at 1:31 PM
To: Kassandra Belisle <kbelisle@huntleibert.com>
Bcc: Sandi Tanasi <athanasula@comcast.net>, Rick Tanasi <rtanasi@comcast.net>, suzann beckett
<SuzannB@beckett-law.com>

Attached is the Tanasis' modification application, together with a copy of your letter inviting them to submit the
application. Please confirm receipt.


On Fri, Feb 7, 2014 at 3:01 PM, Christopher G. Brown <cbrown@bbgllp.com> wrote:
    OK. We will.


    On Fri, Feb 7, 2014 at 2:33 PM, Kassandra Belisle <kbelisle@huntleibert.com> wrote:
        I have forwarded the message to our client. Please forward the documents as soon as you can. Thank
        you.


        From: Christopher G. Brown [mailto:cbrown@bbgllp.com]
        Sent: Friday, February 07, 2014 1:08 PM
        To: Kassandra Belisle
        Subject: CitiMortgage v. Tanasi

        You sent me a letter dated January 7, 2014 (copy attached) asking for my clients to complete and submit
        a CitiMortgage Workable Solutions Application. We have been working on the application since I
        received your letter and expect to submit it within the next 2 weeks. Please confirm that this is
        acceptable to your client.

        --
        negotiation | mediation | arbitration | litigation

          Begos Brown
                              & Green LLP
                              ATTORNEYS AT LAW

        Christopher G. Brown
        cbrown@bbgllp.com
        Direct Dial (203) 254-1902

        AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY
        INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended
        only for the person or entity to which it is addressed and may contain information that is privileged,
        confidential or otherwise protected from disclosure. Distribution or copying of this e-mail or the
        information herein by anyone other than the intended recipient, or an employee or agent responsible for
        delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error,
        please notify the sender immediately and destroy the original message and all copies. Hunt Leibert
        strives to provide exemplary service. Please feel free to contact us at feedback@huntleibert.com with
        any comments you may have.

negotiation | mediation | arbitration | litigation

**BBG** Begos Brown
& Green LLP
ATTORNEYS AT LAW

Christopher G. Brown
cbrown@bbgllp.com
Direct Dial (203) 254-1902

negotiation | mediation | arbitration | litigation

**BBG** Begos Brown
& Green LLP
ATTORNEYS AT LAW

Christopher G. Brown
cbrown@bbgllp.com
Direct Dial (203) 254-1902

---

**2 attachments**

📄 **Mod App as submitted 2-21-2014.pdf**
4819K

📄 **Belisle letter to CGB 1-7-14 enc CitiMortgage application for completion.PDF**
989K

Gmail - CitiMortgage v. Tanasi

https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



**Christopher Brown <christopher.brown46@gmail.com>**

## CitiMortgage v. Tanasi

**Kassandra Belisle <kbelisle@huntleibert.com>**          Fri, Feb 21, 2014 at 1:42 PM
To: "Christopher G. Brown" <cbrown@bbgllp.com>

I have forwarded this to our client.  Thank you.

**From:** Christopher G. Brown [mailto:cbrown@bbgllp.com]
**Sent:** Friday, February 21, 2014 1:33 PM
**To:** Kassandra Belisle
**Subject:** Re: CitiMortgage v. Tanasi

[Quoted text hidden]



Christopher Brown <christopher.brown46@gmail.com>

## MMX-CV-11-6005630-S Citimortgage v Richard Tanasi, et al

**Joseph Dunaj** <jdunaj@huntleibert.com>                                      Mon, Mar 31, 2014 at 11:44 AM
To: "cbrown@bbgllp.com" <cbrown@bbgllp.com>
Cc: Jeffrey Knickerbocker <jknickerbocker@huntleibert.com>

Hello Attorney Brown,

I am one of Attorney Knickerbocker's litigation paralegals.  We received a message from our client that they
need some financial documents to complete the loss mit review.  They need the following documents:

1) The current 4506T - Must be completed correctly and completely, no visible corrections must be made on
the form.  Form sent in missing name and Social Security Number.  Document attached.

2) Hardship Affidavit - Document attached.

3) Bank Statements - previous two months, all pages of the statements must be provided.  Computer
generated print outs will not be accepted.  It is very important to provide every page of each statement.  Must
show receipt of all Rental Income.

4) Current Pay Stubs - no older than 30-45 days old, must cover 30 days and must be consecutive.  If paid
weekly, Citi requires 4 pay stubs.  If paid bi-weekly, Citi requires 2 pay stubs.  Paystubs must be for all
borrowers on the loan.

5) Home Owners Association statement for subject property and rental - Must show the monthly or yearly
amounts due and status of the account.  If this does not apply, please state in written form

6) Dodd Frank Certification - document attached.

7) Mortgage Statement for rental - if not escrowed please send in property tax statement

8) Last three months of business bank statements, all pages

9) Letter of explanation for $50,599.00 listing under pension on 2012 tax returns

All correspondence needs to be signed and dated, and paystubs/bank statements should be continued to be
sent in while process is ongoing as income documents are only valid for 60 days.

Thank you,

Joseph R. Dunaj
Paralegal
Contested/Litigation Division of
Judicial Pleadings Team of
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, CT 06120
Tel: 860-241-1668
Fax: 860-244-9399
jdunaj@huntleibert.com

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY
INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for
the person or entity to which it is addressed and may contain information that is privileged, confidential or
otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone
other than the intended recipient, or an employee or agent responsible for delivering the message to the
intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately
and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please
feel free to contact us at feedback@huntleibert.com with any comments you may have.

---

**3 attachments**

 **20140331114403.pdf**
75K

 **20140331114323.pdf**
41K

**ShowAttachment.pdf**
1533K

          **Christopher Brown <christopher.brown46@gmail.com>**

## MMX-CV-11-6005630-S Citimortgage v Richard Tanasi, et al

**Christopher G. Brown <cbrown@bbgllp.com>**                               Mon, Mar 31, 2014 at 3:53 PM
To: Mediation Group <mediationgroup@huntleibert.com>, Joseph Dunaj <jdunaj@huntleibert.com>, Jeffrey
Knickerbocker <jknickerbocker@huntleibert.com>
Bcc: Rick Tanasi <rtanasi@comcast.net>, Sandi Tanasi <athanasula@comcast.net>, suzann beckett
<SuzannB@beckett-law.com>

Attached as one document are the updated modification application documents your client requested.  Please
confirm receipt.

--
Christopher G. Brown

investment disputes | foreclosure defense | appeals

cbrown@bbgllp.com
Direct Dial (203) 254-1902

**BBG**   Begos Brown
          & Green LLP
          ATTORNEYS AT LAW

negotiation | mediation | arbitration | litigation

---

📄 **Updated Application Docs.PDF**
   3540K

Gmail - MMX-CV-11-6005630-S Citimortgage v Richard Tanasi, et al          https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



**Christopher Brown <christopher.brown46@gmail.com>**

## MMX-CV-11-6005630-S Citimortgage v Richard Tanasi, et al

**Joseph Dunaj** <jdunaj@huntleibert.com>                                    Mon, Mar 31, 2014 at 3:57 PM
To: "Christopher G. Brown" <cbrown@bbgllp.com>, Mediation Group <MediationGroup@huntleibert.com>,
Jeffrey Knickerbocker <jknickerbocker@huntleibert.com>

Receipt confirmed.

---

**From:** Christopher G. Brown [mailto:cbrown@bbgllp.com]
**Sent:** Monday, March 31, 2014 3:56 PM
**To:** Mediation Group; Joseph Dunaj; Jeffrey Knickerbocker
**Subject:** MMX-CV-11-6005630-S Citimortgage v Richard Tanasi, et al

[Quoted text hidden]

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY
INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for
the person or entity to which it is addressed and may contain information that is privileged, confidential or
otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone
other than the intended recipient, or an employee or agent responsible for delivering the message to the
intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately
and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please
feel free to contact us at feedback@huntleibert.com with any comments you may have.

Gmail - Tanasi

https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



Christopher Brown <christopher.brown46@gmail.com>

## Tanasi

**Jeffrey Knickerbocker** <jknickerbocker@huntleibert.com>          Wed, Mar 19, 2014 at 5:32 PM
To: "Christopher G. Brown" <cbrown@bbgllp.com>

Chris:

Our client tells us that they need the following financials so that thay can complete the review for Loss Mit retention
options:
The return fax is 1-866-940-8125
--Need Current 4506T: Must be completed correctly and completely- no visible corrections must be made on the form. (Form sent in missing name and social Security number. (form in vendorscape)
--Hardship Affidavit (form in vendorscape)
--Need Bank Statements: Previous two months, ALL pages of the statements must be provided. Computer generated print outs will NOT be accepted. It is very important to provide every page of each statement. Must show receipt of all Rental Income.
--Need Current Pay stubs: No older than 30 to 45 days old-must cover 30 days and must be consecutive. If paid weekly I will require 4 pay stubs. If paid bi-weekly, I will require 2 pay stubs f or ALL borrowers on loan. (Pay stubs sent in are outdated)
--Need Home Owners Association statement for subject property and rental: Must show the monthly or yearly amounts due and status of account. If this does not apply to you, please state in written form.
--Dodd-Frank Certification (form in vendorscape)
-- Mortgage statement for rental if not escrowed please send in property tax statement and insurance declaration page
--Need Last 3 months of business bank statements, all pages
-- Letter of explanation for 50,599.00 listing under pension on 2012 tax returns
*** All correspondence from client needs to be signed and dated ***
*** Continue to send current pay stubs (income documents are only valid for 60 days) and bank statements (if applicable to program, only valid for 60 days,) during this process ***

Jeffrey M. Knickerbocker, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston St.
Hartford, CT 06120
Tel: 860-241-1621
Fax: (860) 244-1721
jknickerbocker@huntleibert.com

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY

INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please feel free to contact us at feedback@huntleibert.com with any comments you may have.

Gmail - Client requesting financials                              https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



**Christopher Brown <christopher.brown46@gmail.com>**

## Client requesting financials

Kassandra Belisle <kbelisle@huntleibert.com>                    Fri, Apr 11, 2014 at 12:49 PM
To: "cgb@begoshorgan.com" <cgb@begoshorgan.com>, "suzannb@beckett-law.com" <suzannb@beckett-law.com>

Loar       !82, Tanasi

We need the following financials so that we can complete the review for LM retention options:
The return fax is 1-866-940-8125

Pay stubs for RICHARD TANASI are blurry need new pay stubs for the last 30 days

Pay 32 from packet sent in is blurry cannot make out what this form is please re send

Mortgage statement for rental if not escrowed please send in property tax statement and insurance declaration page

4506-T for is missing line 5 please use form in vendorscape as line 5 is already filled out in provided form

Hardship Affidavit sent is not the correct form needed please use correct for in vendorscape

*** All correspondence from client needs to be signed and dated ***
*** Continue to send current pay stubs (income documents are only valid for 60 days) and bank statements (if applicable to program, only valid for 60 days,) during this process ***

**The return fax is 1-866-940-8125**

Kassandra Belisle
Nonlaywer Assistant, Payoff, Reinstatement & Homeowner Retention Team of
Hunt, Leibert, Jacobson P.C.
50 Weston Street, Hartford, CT 06120
Phone:860-240-9175
Fax:860-244-9071
kbelisle@huntleibert.com

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone

other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please feel free to contact us at feedback@huntleibert.com with any comments you may have.

Gmail - Client requesting financials                     https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



**Christopher Brown <christopher.brown46@gmail.com>**

---

## Client requesting financials

**Christopher G. Brown** <cbrown@bbgllp.com>                     Tue, Apr 29, 2014 at 12:52 PM
To: Kassandra Belisle <kbelisle@huntleibert.com>, Mediation Group <mediationgroup@huntleibert.com>
Cc: "suzannb@beckett-law.com" <suzannb@beckett-law.com>
Bcc: Rick Tanasi <rtanasi@comcast.net>, Sandi Tanasi <athanasula@comcast.net>

Requested documents are attached. Please confirm receipt.
[Quoted text hidden]

---

🗎  **Updated Application Docs 4-29-2014-0001.PDF**
1350K



**Christopher Brown <christopher.brown46@gmail.com>**

## Client requesting financials

**Mary E. Enderlin** <menderlin@huntleibert.com>
To: "Christopher G. Brown" <cbrown@bbgllp.com>

Tue, Apr 29, 2014 at 1:02 PM

received

**From:** Christopher G. Brown [mailto:cbrown@bbgllp.com]
**Sent:** Tuesday, April 29, 2014 12:56 PM
**To:** Kassandra Belisle; Mediation Group
[Quoted text hidden]

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



**Christopher Brown <christopher.brown46@gmail.com>**

---

## Client requesting financials

**Kassandra Belisle <kbelisle@huntleibert.com>**
To: "Christopher G. Brown" <cbrown@bbgllp.com>

Tue, Apr 29, 2014 at 1:57 PM

They have been forwarded to the client.   Thank you.

---

**From:** Christopher G. Brown [mailto:cbrown@bbgllp.com]
**Sent:** Tuesday, April 29, 2014 12:56 PM
**To:** Kassandra Belisle; Mediation Group
[Quoted text hidden]

[Quoted text hidden]

Gmail - Loss Mitt Documents, Tansai

https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



Christopher Brown <christopher.brown46@gmail.com>

## Loss Mitt Documents, Tansai

**Frances C. Rodriguez** <frodriguez@huntleibert.com>                          Wed, May 14, 2014 at 10:06 AM
To: "cbrown@bbgllp.com" <cbrown@bbgllp.com>
Cc: "suzannb@beckett-law.com" <suzannb@beckett-law.com>

TOPIC: LOSS MITT DOCS


-2014 Pension statement for Richard Tanasi


-Bank statements for the last 2 months must show rental deposit and pension deposit

please send most recent as bank statements on file are expired.


- Last 2 pay stubs for Mr. and Mrs. Tanasi


- Full 2013 tax return please advise must include all pages and 2nd page of 1040 must be

signed and dated. (After April 15, 2014 2013 tax returns are required)

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please feel free to contact us at feedback@huntleibert.com with any comments you may have.

**Correspondence Tanasi.pdf**
1331K

11/21/2014 2:18 PM



Christopher Brown <christopher.brown46@gmail.com>

## Docket No.: **MMX-CV-11-6005630-s/Tanasi**

**Jeffrey Knickerbocker** <jknickerbocker@huntleibert.com>                    Fri, May 16, 2014 at 11:12 AM
To: "cbrown@bbgllp.com" <cbrown@bbgllp.com>

Chris:

I was looking through this file, and I saw the attached email. I was not sure you would understand from its
brevity which file it belonged to or where to send the documents. The attached email for Docket No.:
MMX-CV-11-6005630-S, and your client's last name is Tanasi. You can fax the documents to 860-241-1795.
Please let me know when you have sent them to our office so that I can make sure that they make it to our
client.

If you have any questions, please let me know.

Thank you,

Jeffrey M. Knickerbocker
Hunt Leibert Jacobson, P.C.
50 Weston St.
Hartford, CT 06120
Tel. 860-241-1621
Fax 860-241-1721 (Please note my new fax number)
Jknickerbocker@huntleibert.com

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY
INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for
the person or entity to which it is addressed and may contain information that is privileged, confidential or
otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone
other than the intended recipient, or an employee or agent responsible for delivering the message to the
intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately
and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please
feel free to contact us at feedback@huntleibert.com with any comments you may have.

📎 **5FBFD1A4emailed_atty_Loss_Mitt_Docs_0.pdf**
34K

**Frances C. Rodriguez**

| | |
|---|---|
| **From:** | Frances C. Rodriguez |
| **Sent:** | Wednesday, May 14, 2014 10:06 AM |
| **To:** | 'cbrown@bbgllp.com' |
| **Cc:** | 'suzannb@beckett-law.com' |
| **Subject:** | Loss Mitt Documents, Tansai |
| **Attachments:** | Correspondence Tanasi.pdf |

TOPIC: LOSS MITT DOCS

-2014 Pension statement for Richard Tanasi

-Bank statements for the last 2 months must show rental deposit and pension deposit please send most recent as bank statements on file are expired.

- Last 2 pay stubs for Mr. and Mrs. Tanasi

- Full 2013 tax return please advise must include all pages and 2nd page of 1040 must be signed and dated. (After April 15, 2014 2013 tax returns are required)

Gmail - MMX-CV-11-6005630-S Citimortgage v Richard Tanasi, et al          https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



**Christopher Brown <christopher.brown46@gmail.com>**

## MMX-CV-11-6005630-S Citimortgage v Richard Tanasi, et al

**Christopher G. Brown** <cbrown@bbgllp.com>                        Thu, Jul 3, 2014 at 12:43 PM
To: Joseph Dunaj <jdunaj@huntleibert.com>
Cc: Mediation Group <MediationGroup@huntleibert.com>, Jeffrey Knickerbocker
<jknickerbocker@huntleibert.com>

Updated modification application documents are attached. Please confirm receipt.
[Quoted text hidden]

📄 **Updated App Docs 7-3-2014.PDF**
3515K

Gmail - Tanasi                                          https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...

                    **Christopher Brown <christopher.brown46@gmail.com>**

## Tanasi

**Christopher G. Brown <cbrown@bbgllp.com>**                    Thu, Jul 10, 2014 at 1:41 PM
To: Kassandra Belisle <kbelisle@huntleibert.com>

Under cover of a July 1, 2014 letter, you mailed me CitiMortgage Workable Solutions Application for my clients to complete. The completed CitiMortgage Workable Solutions Application and another copy of the hardship letter are attached as one document. Please confirm receipt.

--
Christopher G. Brown

investment disputes | foreclosure defense | appeals

cbrown@bbgllp.com
Direct Dial (203) 254-1902



negotiation | mediation | arbitration | litigation

📄 **Updated App Docs 7-9-2014.PDF**
    605K

Gmail - Tanasi                                    https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



Christopher Brown <christopher.brown46@gmail.com>

## Tanasi

**Kassandra Belisle** <kbelisle@huntleibert.com>                     Thu, Jul 10, 2014 at 2:00 PM
To: "Christopher G. Brown" <cbrown@bbgllp.com>

I have rec'd and forwarded to our client.  Thank you.

**From:** Christopher G. Brown [mailto:cbrown@bbgllp.com]
**Sent:** Thursday, July 10, 2014 1:42 PM
**To:** Kassandra Belisle
**Subject:** Tanasi

[Quoted text hidden]
AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY
INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for
the person or entity to which it is addressed and may contain information that is privileged, confidential or
otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone
other than the intended recipient, or an employee or agent responsible for delivering the message to the
intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately
and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please
feel free to contact us at feedback@huntleibert.com with any comments you may have.



**Christopher Brown <christopher.brown46@gmail.com>**

---

## 7/14 Short Calendar Marking--CitiMortgage v. Tanasi

**Blake Driscolli** <bdriscolli@huntleibert.com>                    Thu, Jul 10, 2014 at 6:14 PM
To: "suzannb@beckett-law.com" <suzannb@beckett-law.com>, "cbrown@bbgllp.com" <cbrown@bbgllp.com>
Cc: Jeffrey Knickerbocker <jknickerbocker@huntleibert.com>, Joshua Pedreira <jpedreira@huntleibert.com>

Re: CITIMORTGAGE, INC. v. TANASI, AKA, RICHARD Et Al   (MMX-CV-11-6005630-S)

Attorney Brown,

The Motion for Summary Judgment has been marked ready for Monday, July 14th.

Thank you.

*Blake A. Driscolli*
*Non-Lawyer Assistant*
*Contested/Litigation Division*
*Hunt Leibert Jacobson, P.C.*
*50 Weston Street*
*Hartford, CT 06120*
*bdriscolli@huntleibert.com*
*Phone: (860) 241-1602*
*Fax:     (860) 244-9399*

---

**From:** Christopher G. Brown <cbrown@bbgllp.com>

**Sent:** Wednesday, July 9, 2014 2:56 PM

**To:** Jeffrey Knickerbocker

**Subject:** Tanasi

I just filed our objection to your motion for summary judgment and brief in support of the objection. Copies are attached.

--

Christopher G. Brown
investment disputes | foreclosure defense | appeals

cbrown@bbgllp.com
Direct Dial (203) 254-1902

 Begos Brown
& Green LLP
ATTORNEYS AT LAW

negotiation | mediation | arbitration | litigation

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY
INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for
the person or entity to which it is addressed and may contain information that is privileged, confidential or
otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone
other than the intended recipient, or an employee or agent responsible for delivering the message to the
intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately
and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please
feel free to contact us at feedback@huntleibert.com with any comments you may have.

📎 **Tanasi Short Calendar Marking.pdf**
   95K

Gmail - CitiMortgage v. Tanasi / MMX-CV-11-6005630-S          https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...

 Christopher Brown <christopher.brown46@gmail.com>

## CitiMortgage v. Tanasi / MMX-CV-11-6005630-S

**Christopher G. Brown** <cbrown@bbgllp.com>                    Fri, Aug 1, 2014 at 3:25 PM
To: Kassandra Belisle <kbelisle@huntleibert.com>
Cc: Mediation Group <mediationgroup@huntleibert.com>

Attached are the updated documents requested in your July 22, 2014 letter (a copy of which also is
attached). Please confirm receipt.

--
Christopher G. Brown

investment disputes | foreclosure defense | appeals

cbrown@bbgllp.com
Direct Dial (203) 254-1902



negotiation | mediation | arbitration | litigation

**2 attachments**

 **Updated App Docs 8-1-2014-0001.PDF**
424K

**Hunt Leibert letter to CGB 7-22-14 requesting documents.PDF**
30K



Christopher Brown <christopher.brown46@gmail.com>

## CitiMortgage v. Tanasi / MMX-CV-11-6005630-S

**Kassandra Belisle** <kbelisle@huntleibert.com>                    Mon, Aug 4, 2014 at 9:31 AM
To: "Christopher G. Brown" <cbrown@bbgllp.com>

Thank you. I have forwarded them to our client.

**From:** Christopher G. Brown [mailto:cbrown@bbgllp.com]
**Sent:** Friday, August 01, 2014 3:26 PM
**To:** Kassandra Belisle
**Cc:** Mediation Group
**Subject:** CitiMortgage v. Tanasi / MMX-CV-11-6005630-S

[Quoted text hidden]
AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY
INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for
the person or entity to which it is addressed and may contain information that is privileged, confidential or
otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone
other than the intended recipient, or an employee or agent responsible for delivering the message to the
intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately
and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please
feel free to contact us at feedback@huntleibert.com with any comments you may have.

Gmail - CitiMortgage v. Tanasi / MMX-CV-11-6005630-S          https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&c...



**Christopher Brown <christopher.brown46@gmail.com>**

## CitiMortgage v. Tanasi / MMX-CV-11-6005630-S

**Christopher G. Brown <cbrown@bbgllp.com>**                          Tue, Sep 16, 2014 at 12:14 PM
To: Kassandra Belisle <kbelisle@huntleibert.com>

Attached are the updated documents requested in your August 27, 2014 letter (a copy of which is also attached). Please confirm receipt.

[Quoted text hidden]

---

**2 attachments**

📄 **Updated Docs - 9-16-2014.pdf**
    2594K

📄 **HL letter to CGB 8-27-14 - list of documents to be provided.PDF**
    381K

1 of 1                                                                        11/21/2014 2:34 PM



**Christopher Brown <christopher.brown46@gmail.com>**

---

## CitiMortgage v. Tanasi / MMX-CV-11-6005630-S

**Kassandra Belisle** <kbelisle@huntleibert.com>              Tue, Sep 16, 2014 at 12:44 PM
To: "Christopher G. Brown" <cbrown@bbgllp.com>

Thank you, I have forwarded them to the client.

**From:** Christopher G. Brown [mailto:cbrown@bbgllp.com]
**Sent:** Tuesday, September 16, 2014 12:15 PM
**To:** Kassandra Belisle
**Subject:** Re: CitiMortgage v. Tanasi / MMX-CV-11-6005630-S

[Quoted text hidden]
[Quoted text hidden]

EXHIBIT C



Hunt Leibert Jacobson, P.C.
Attorneys at Law
Hartford & Fairfield, Connecticut

50 Weston Street
Hartford, CT 06120
Telephone: (860) 808-0606

July 1, 2014

BEGOS BROWN & GREEN LLP
2425 POST ROAD
SUITE 205
SOUTHPORT, CT 06890

Re:   Loan : ____ 182
      CitiMortgage vs. Tanasi
      Loss Mitigation Request

Dear Attorney Brown:

Enclosed please find the CitiMortgage Workable Solutions Application that our client has requested we send to you to have your client fill out and return to our ASAP!

Please complete this application and fax to me @ 860-241-1720.

If you have any questions please call CitiMortgage @ 866-272-4749.

Very truly yours,

Kassandra Belisle

Kassandra Belisle
**Nonlawyer Assistant, Payoff, Reinstatement & Homeowner Retention Team of Hunt, Leibert, Jacobson P.C.**
50 Weston Street, Hartford, CT 06120
Phone:860-240-9175
Fax:860-244-9071
kbelisle@huntleibert.com

Encl

-2014 Pension statement for Richard Tanasi

-Bank statements for the last 2 months must show rental deposit and pension deposit please send most recent as bank statements on file are expired.

- Last 2 pay stubs for Mr. and Mrs. Tanasi

- Full 2013 tax return please advise must include all pages and 2nd page of 1040 must be signed and dated. (After April 15, 2014 2013 tax returns are required)

- Workable Solutions Package

# CITIMORTGAGE CUSTOMER HARDSHIP ASSISTANCE PACKAGE  citi®

**Please send copies of:**
- 2 recent consecutive pay stubs, or
- 2 consecutive months of bank statements, or
- 2 consecutive tax returns

**CITI LOAN NUMBER**

What are your intentions regarding this property? ☐ Sell  ☐ Rent  ☐ Keep

## PART A Borrower Information

| Borrower Name | Social Security Number | Co-Borrower Name | Social Security Number |
|---|---|---|---|

Borrower Phone No.
Day _____
Evening _____
Cell _____

Co-Borrower Phone No.
Day _____
Evening _____
Cell _____

Property Address:
Street _____
City _____
State _____ Zip _____

Mailing Address (if applicable):
Street _____
City _____
State _____ Zip _____

| Email Address | Email Address |
|---|---|

| Employer (Current) | Position | Employer (Current) | Position |
|---|---|---|---|
| Years on Job | Employer Phone | Years on Job | Employer Phone |

If in current job for less than 5 years, enter your previous employer information below.

| Employer (Previous) | Position | Employer (Previous) | Position |
|---|---|---|---|
| Years on Job | Employer Phone | Years on Job | Employer Phone |

## PART B Property Information

| Is this property for SALE? ☐ Yes ☐ No | Is this property for RENT? ☐ Yes ☐ No | | |
|---|---|---|---|
| List Date _____ Price _____ | Monthly Rent | Monthly Last Paid | Date Lease Expires |
| Realtor Name | | | |
| Realtor Phone | | | |

## PART C Monthly Income

| DESCRIPTION (MONTHLY) | |
|---|---|
| Gross Salary/Wages | |
| Net Salary/Wages | |
| Other Income | |
| Other Additional Income (i.e., SSI, Rental, Second Job, Child Support) | |
| Total Net Income | |

# CITIMORTGAGE CUSTOMER HARDSHIP ASSISTANCE PACKAGE

citi

## PART D Monthly Expenses

| DESCRIPTION (MONTHLY) | Monthly Payment | Balance Due | # Months Delinquent |
|---|---|---|---|
| 1. Primary Home Mortgage | $ | $ | |
| 2. Taxes on Primary Home (if not included in #1) | $ | $ | |
| 3. Insurance on Primary Home (if not included in #1) | $ | $ | |
| 4. Rent Payment (if owner not occupying subject property) | $ | $ | |
| 5. Maintenance/Homeowners Association Fees | $ | $ | |
| 6. Other Mortgages | $ | $ | |
| 7. Automobile Loans | $ | $ | |
| 8. Other Loans | $ | $ | |
| 9. Credit Cards (minimum payment) | $ | $ | |
| 10. Alimony/Child Support | $ | $ | |
| 11. Child/Dependent Care | $ | $ | |
| 12. Utilities (water, electricity, gas, cable, etc.) | $ | $ | |
| 13. Telephone (landline and cell phone) | $ | $ | |
| 14. Insurance (automobile, health, life) | $ | $ | |
| 15. Medical Expenses (uninsured) | $ | $ | |
| 16. Car Expenses (gas, maintenance, parking) | $ | $ | |
| 17. Groceries and Toiletries | $ | $ | |
| 18. Other Monthly Expense (explain) | $ | $ | |
| 19. Other Monthly Expense (explain) | $ | $ | |
| 20. Other Monthly Expense (explain) | $ | $ | |
| Total | $ | $ | |

## PART E General Questions

Please try to complete as many of the questions as possible. Additional information may be necessary and Citi will need to speak with you during the assistance process.

1. Do you occupy this property as a Primary Residence?  ☐ Yes ☐ No

   If Yes, how long have you lived at this residence? Years:          Months:

2. How many people reside in the household?

3. Do you have any dependents under the age of 18? ☐ Yes ☐ No   If Yes, how many?

4. Do you have any other debts or obligations secured by this property (i.e, second mortgage, home equity loan, judgments or liens)?
   ☐ Yes ☐ No     If Yes, please itemize these debts or obligations below:

| Debt/Obligation | Amount |
|---|---|
| | $ |
| | $ |
| | $ |

5. Do you own any other properties? ☐ Yes ☐ No   How many?          If yes, please complete the following items:

| Monthly Payment | Rental Income | Principal Balance | Is this property currently vacant? |
|---|---|---|---|
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |

6. What is the amount of funds you immediately have available to apply toward your mortgage delinquency? $

7. In addition to the amount stated above, what amount will you have available in 30 days? $

# CITIMORTGAGE CUSTOMER HARDSHIP ASSISTANCE PACKAGE

## citi

**PART E** General Questions (cont'd)    Please try to complete as many of the questions as possible. Additional information may be necessary and Citi will need to speak with you during the assistance process.

**Briefly explain the reason why you are behind on your mortgage payment(s) or are in imminent danger of default (If needed, attach a separate sheet of paper for explanation):**

**What is your proposal for repaying the arrearage?**

# CITIMORTGAGE CUSTOMER HARDSHIP ASSISTANCE PACKAGE       citi

## Authorization to Release Information

IN ADDITION TO THIS FINANCIAL STATEMENT AND ITS ATTACHMENTS, THERE MAY BE TIMES WHEN ADDITIONAL INFORMATION IS NEEDED TO REVIEW THE SITUATION THOROUGHLY, SUCH AS:

1. ORDERING CREDIT REPORTS
2. VERIFYING BANK ACCOUNTS IN THIS DISCLOSURE
3. OBTAINING ANY OTHER INFORMATION NECESSARY TO PROPERLY ANALYZE THIS REQUEST

I ACKNOWLEDGE THAT EVERYTHING I HAVE STATED IN THIS DISCLOSURE IS TRUE AND FACTUAL TO THE BEST OF MY ABILITY. I ALSO AGREE THAT IF IT IS DETERMINED THAT I HAVE PROVIDED INFORMATION THAT IS MISREPRESENTED AND THEREBY CAUSED ACTIONS TO BE TAKEN WHICH WOULD NOT HAVE BEEN TAKEN HAD THE TRUE FACTS BEEN KNOWN, I SHALL BE LIABLE FOR ANY AND ALL LOSSES SUFFERED BY THE LENDER OF MY MORTGAGE LOAN.

_____          _____          _____          _____
Borrower Signature          Date          Borrower Signature          Date

## AUTHORIZATION TO RELEASE INFORMATION

I/WE HEREBY AUTHORIZE YOU TO RELEASE TO _____
ANY AND ALL INFORMATION THEY MAY REQUIRE FOR THE PURPOSE OF A HARDSHIP REVIEW.
THANK YOU.

_____          _____          _____          _____
Borrower Signature          Date          Borrower Signature          Date

_____          _____
Social Security Number          Social Security Number

**EXHIBIT D**



Hunt Leibert Jacobson, P.C.
*Attorneys at Law*
*Hartford & Fairfield, Connecticut*

50 Weston Street
Hartford, CT 06120
Telephone: (860) 808-0606

July 22, 2014

BEGOS BROWN & GREEN LLP
2425 POST ROAD
SUITE 205
SOUTHPORT, CT 06890

Re:   Loan          182
      CitiMortgage vs. Tanasi
      Loss Mitigation Request

Dear Attorney Brown:

Enclosed please find the list of documents that our client has requested we send
to you to have your client provide as soon as possible.

Please complete this request and fax to me @ 860-241-1720.

If you have any questions please call CitiMortgage @ 866-272-4749.

Very truly yours,

Kassandra Belisle

Kassandra Belisle
Nonlaywer Assistant, Payoff, Reinstatement & Homeowner Retention Team of
Hunt, Leibert, Jacobson P.C.
50 Weston Street, Hartford, CT 06120
Phone:860-240-9175
Fax:860-244-9071
kbelisle@huntleibert.com

Encl

Per our client, documents received 07/07 were incomplete.  Please see below list of documents needed. It is important documents are sent in as soon as possible to prevent documents from expiring.

 -Bank statements for May-June and June-July for Liberty Bank

- Last 2 pay stubs for Mrs. Tanasi (must be most recent )

 -Last 2 pension stubs for Mr. Tanasi

- Insurance declaration page (declaration page in file expired in May)

 - 2014 property tax bill

- Hardship Affidavit (form on file expired 06/11)

**EXHIBIT E**



Hunt Leibert Jacobson, P.C.
*Attorneys at Law*
*Hartford & Fairfield, Connecticut*

50 Weston Street
Hartford, CT 06120
Telephone: (860) 808-0606

August 27, 2014

BEGOS BROWN & GREEN LLP
2425 POST ROAD
SUITE 205
SOUTHPORT, CT 06890

Re:   Loan ·          182
      CitiMortgage vs. Tanasi
      Loss Mitigation Request

Dear Attorney Brown:

Enclosed please find the list of documents that our client has requested we send to you to have your client provide as soon as possible.

Please complete this request and fax to 860-241-1720.

If you have any questions please call CitiMortgage @ 866-272-4749.

Very truly yours,

*Kassandra Belisle*

Kassandra Belisle
**Nonlaywer Assistant, Payoff, Reinstatement & Homeowner Retention Team of**
Hunt, Leibert, Jacobson P.C.
50 Weston Street, Hartford, CT 06120
Phone:860-240-9175
Fax:860-241-1720
kbelisle@huntleibert.com

Encl

- Bank statements for May-June and June-July for Liberty Bank

- Hardship Affidavit (form on file expired 06/11

**Making Home Affordable Program**
**Hardship Affidavit**


MAKING HOME AFFORDABLE.gov

| HARDSHIP AFFIDAVIT page 1 | COMPLETE ALL THREE PAGES OF THIS FORM |

▶ Loan I.D. Number _____   ▶ Servicer _____

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name | Co-borrower's name |
| Social Security Number | Social Security Number |

Property address (include city, state and zip): _____

| *I want to:* | ☐ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| *The property is my:* | ☐ Principal Residence | ☐ Second Home / Seasonal Rental | ☐ Year-Round Rental |
| *The property is:* | ☐ Owner Occupied | ☐ Tenant Occupied | ☐ Vacant   ☐ Other _____ |

## HARDSHIP AFFIDAVIT

I (We) am/are requesting review under the Making Home Affordable (MHA) Program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

☐ My household income has been reduced. For example: reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower.

☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes.

☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

☐ I am unemployed and (a) I am receiving/will receive unemployment benefits or (b) my unemployment benefits ended less than 6 months ago.

☐ Other: _____

Explanation (continue on back of page 3 if necessary): _____

*Have you filed for bankruptcy?* ☐ Yes ☐ No   If yes: ☐ Chapter 7 ☐ Chapter 13   *Filing Date:* _____
*Has your bankruptcy been discharged?* ☐ Yes ☐ No   *Bankruptcy case number* _____

How many single-family properties, other than your personal residence, do you and/or your co-borrower(s) own individually, jointly, or with others? _____

Has the mortgage on your principle residence ever had a Home Affordable Modification Program (HAMP) trial-period plan or permanent modification?   ☐ Yes ☐ No

Has the mortgage or any other property that you or any co-borrower own had a permanent HAMP modification? ☐ Yes ☐ No
If "Yes", how many? _____

## DODD-FRANK CERTIFICATION

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). You are **required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

    (a) felony larceny, theft, fraud, or forgery,
    (b) money laundering or
    (c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their respective agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This certification is effective on the earlier of the date listed below or the date this hardship affidavit is received by your servicer.

| HARDSHIP AFFIDAVIT page 2 | COMPLETE ALL THREE PAGES OF THIS FORM |
|---|---|

## RENTAL PROPERTY CERTIFICATION

**You must complete this certification if you are requesting a mortgage modification with respect to a rental property.**

☐ By checking this box and initialing below, I am requesting a mortgage modification under MHA with respect to the rental property having the address set forth above and I hereby certify under penalty of perjury that each of the following statements is true and correct with respect to that property:

1. I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, the U.S. Department of the Treasury, or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

*Note: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media, and/or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.*

2. The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein.

*Note: The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time, seasonal or other basis.*

3. I do not own more than five (5) single-family homes (i.e., one-to-four unit properties) (exclusive of my principal residence).

**Notwithstanding the foregoing certifications, I may at any time sell the property, occupy it as my principal residence, or permit my legal dependent, parent or grandparent to occupy it as their principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.**

This certification is effective on the earlier of the date listed below or the date the Hardship Affidavit is received by your servicer.

Initials:   Borrower _____   Co-borrower _____

## INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so.** The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| *Ethnicity:* | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | *Ethnicity:* | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| *Race:* | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | *Race:* | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| *Sex:* | ☐ Female<br>☐ Male | *Sex:* | ☐ Female<br>☐ Male |

| To be completed by interviewer | | Name/Address of Interviewer's Employer |
|---|---|---|
| *This request was taken by:*<br>☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Name (print or type) & ID Number<br><br>Interviewer's Signature          Date<br><br>Interviewer's Phone Number (include area code) | |

**HARDSHIP AFFIDAVIT page 3** — COMPLETE ALL THREE PAGES OF THIS FORM

## ACKNOWLEDGEMENT AND AGREEMENT

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification or forbearance of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of my mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal or other applicable law.

3. I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility for MHA and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.

4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance under MHA, the Servicer, the U.S. Department of the Treasury, or their respective agents may terminate my participation in MHA, including any right to future benefits and incentives that otherwise would have been available under the program, and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received.

5. I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice.

6. I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.

7. I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9. If I am eligible for assistance under MHA, and I accept and agree to all terms of an MHA notice, plan, or agreement, I also agree that the terms of this Acknowledgment and Agreement are incorporated into such notice, plan, or agreement by reference as if set forth therein in full. My first timely payment, if required, following my servicer's determination and notification of my eligibility or prequalification for MHA assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.

10. I understand that my Servicer will collect and record personal information that I submit in this Hardship Affidavit and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any MHA notice, plan or agreement to the U.S. Department of the Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, companies that perform support services in conjunction with MHA, any investor,insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) and to any HUD-certified housing counselor.

11. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

| Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| Co-borrower Signature | Social Security Number | Date of Birth | Date |

## HOMEOWNER'S HOTLINE

*If you have questions about this document or the Making Home Affordable Program, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certifiedcounseling services in English and Spanish.*

 **888-995-HOPE™** Homeowner's HOPE™ Hotline

## NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy of your property, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to my Servicer in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name, our servicer, your property address, loan number and the reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220

Beware of Foreclosure Rescue Scams. Help is FREE!
· There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor.
· Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
· Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
· Never make your mortgage payments to anyone other than your mortgage company without their approval.

EXHIBIT F



Christopher Brown <christopher.brown46@gmail.com>

## FW:      182 - Tanasi, Richard - **Mediation Document Request**

**Suzann Beckett** <suzannb@beckett-law.com>                    Mon, Nov 17, 2014 at 1:48 PM
To: "Christopher G. Brown" <cbrown@bbgllp.com>

See below.

**From:** Phylis Harris [mailto:pharris@huntleibert.com]
**Sent:** Friday, October 24, 2014 3:57 PM
**To:** 'SuzannB@Beckett-Law.com'
**Subject:**      182 - Tanasi, Richard - Mediation Document Request

Good morning,

Please be advised our client is requesting the following to be submitted within 7 days, so that they can complete their review.

- Pay stubs for co-borrower for the last 30 days and retirement stubs for Borrower for the last 2 months.

- Bank statements for August-September

Please submit all documentation to Hunt Leibert via fax at 860-241-1795 or via email to mediationgroup@huntleibert.com.

Thanks

*Phylis A Harris*

Phylis A Harris
Paralegal, Home Retention and
Mediation Department of
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, CT 06120
pharris@huntleibert.com

PLEASE NOTE THE MEDIATION LINE CONTACT INFORMATION
Phone: 860-808-0606

Fax: 860-241-1795

Email: mediationgroup@huntleibert.com

PLEASE BE ADVISED THAT THIS LAW FIRM IS A DEBT COLLECTOR.
WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED
FOR THAT PURPOSE.

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND
ANY INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail
is intended only for the person or entity to which it is addressed and may contain information that is
privileged, confidential or otherwise protected from disclosure. Distribution or copying of this e-mail
or the information herein by anyone other than the intended recipient, or an employee or agent
responsible for delivering the message to the intended recipient, is prohibited. If you have received
this e-mail in error, please notify the sender immediately and destroy the original message and all
copies. Hunt Leibert strives to provide exemplary service. Please feel free to contact us at
feedback@huntleibert.com with any comments you may have.

   **Christopher Brown <christopher.brown46@gmail.com>**

---

## FW:      82 - Tanasi, Richard - Mediation Document Request

---

**Suzann Beckett** <suzannb@beckett-law.com>                    Mon, Nov 17, 2014 at 1:49 PM
To: "Christopher G. Brown" <cbrown@bbgllp.com>

Just for completeness, this was my request for more time and their response.

---

**From:** Phylis Harris [mailto:pharris@huntleibert.com]
**Sent:** Thursday, October 30, 2014 5:03 PM
**To:** 'Suzann Beckett'
**Subject:** RE: (       182 - Tanasi, Richard - Mediation Document Request

Please get the documents in as soon as possible as they are needed to complete the review.

Thanks

*Phylis A Harris*

Phylis A Harris
Paralegal, Home Retention and
Mediation Department of
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, CT 06120
pharris@huntleibert.com

PLEASE NOTE THE MEDIATION LINE CONTACT INFORMATION
Phone: 860-808-0606

Fax: 860-241-1795
Email: mediationgroup@huntleibert.com

PLEASE BE ADVISED THAT THIS LAW FIRM IS A DEBT COLLECTOR.
WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED
FOR THAT PURPOSE.

---

**From:** Suzann Beckett [mailto:suzannb@beckett-law.com]
**Sent:** Wednesday, October 29, 2014 6:46 PM
**To:** Phylis Harris
**Subject:** RE.       32 - Tanasi, Richard - Mediation Document Request

Hi Phyllis,

I should be able to get you these items by Friday the 31st.  We do close early for Halloween, though, so can you give me an extension until Monday Nov 3rd "just in case"?

*Suzann L. Beckett*

*860-236-1111 tel*

*860-236-0050 fax*

[Quoted text hidden]

Gmail - FW: Tanasi

https://mail.google.com/mail/u/0/?ui=2&ik=733ca3dc0c&view=pt&q...



Christopher Brown <christopher.brown46@gmail.com>

## FW: Tanasi

**Suzann Beckett** <suzannb@beckett-law.com>                    Mon, Nov 17, 2014 at 1:48 PM
To: "Christopher G. Brown" <cbrown@bbgllp.com>

This was my email and the response I rec'd.

---

**From:** Elyssa A. Foley [mailto:efoley@huntleibert.com]
**Sent:** Monday, November 03, 2014 3:26 PM
**To:** 'Suzann Beckett'; Mediation Group
**Subject:** RE: Tanasi

These documents were received by fax.

Thank you

---

**From:** Suzann Beckett [mailto:suzannb@beckett-law.com]
**Sent:** Monday, November 03, 2014 1:20 PM
**To:** Mediation Group
**Subject:** Tanasi

Per your request please see attached documents.

*Attorney Suzann L. Beckett*

*860-236-1111 tel*

*860-236-0050 fax*

This transmittal is either a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-236-1111, or e-mail at suzannb@beckett-law.com, and immediately delete this message and all its attachments

AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND

ANY INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSE. This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and destroy the original message and all copies. Hunt Leibert strives to provide exemplary service. Please feel free to contact us at feedback@huntleibert.com with any comments you may have.

11/26/2014 11:03 AM