# EXHIBIT H

DOCKET NUMBER: **MMXCV116005630S**  
CITIMORTGAGE INC.  
vs.  
RICHARD TANASI AKA ET AL

JUDICIAL DISTRICT  
OF MIDDLESEX  
AT MIDDLETOWN

JUDGMENT DATE:  
**Monday, March 07, 2016**

## Notice of Judgment of Strict Foreclosure

Property Address: 27 BRIARWOOD DRIVE, OLD SAYBROOK, CT

**Judgment of Strict Foreclosure is hereby entered as follows:**

| | |
|---|---|
| Debt: $960,871.75 | Appraisal Fee: $1,200.00 |
| Attorney Fees: $5,875.00 | Title Search Fee: $225.00 |
| Total: $966,746.75 | Fair Market Value: $558,900.00 |

LAW DAY SET FOR Monday, May 23, 2016, for the owner of the equity of redemption, and subsequent days for subsequent encumbrancers in the inverse order of their priorities.

BY THE COURT (**Julia L. Aurigemma, J.**)

*Copies sent Tuesday, March 08, 2016 to:*  
*JDNO sent.*

Brendan J. Murphy, TAC  
Brendan J. Murphy

BM. TAC  
3/8/2016

168.00