UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD TANASI and ATHANSULA TANASI, | Civil Action No. 3:16-cv-00727-VAB |
| Plaintiffs, | |
| v. | |
| CITIMORTGAGE, INC., *et al.*, | |
| Defendants. | October 31, 2016 |

## M&T BANK'S REPLY TO PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS *FIRST AMENDED COMPLAINT*

Despite Plaintiffs' claims to the contrary, each and every cause of action asserted in the *Amended Complaint* is barred or legally insufficient. First, Plaintiffs' argument that *Rooker-Feldman* is inapplicable fails to account for the fact that many of their claims are inextricably intertwined with the Foreclosure Action. Second, collateral estoppel bars Plaintiffs' attempt to relitigate issues that were actually raised and decided in that proceeding. Third, Plaintiffs cannot establish that CMI violated *RESPA* or *Regulation X*. Fourth, Plaintiffs' claim that CMI owes them a duty of care is simply wrong. Finally, Plaintiffs' *CUTPA* claim is legally insufficient and time-barred.

**I.       *Rooker-Feldman* Bars Plaintiffs' Claims.**

M&T respectfully incorporates the arguments of CMI as set forth in its response to the *Objection* of even date herewith.

II. **Plaintiffs' Claim That CMI Improperly Dual-Tracked The *Mortgage* In Violation Of *Regulation X* Is Barred By Collateral Estoppel.**

M&T respectfully incorporates the arguments of CMI as set forth in its response to the *Objection* of even date herewith.

III. **Plaintiffs' Letters Do Not Constitute Valid QWRs Under *RESPA* or *Regulation X*, And CMI's Alleged Violations Did Not Proximately Cause Plaintiffs' Damages.**

M&T respectfully incorporates the arguments of CMI as set forth in its response to the *Objection* of even date herewith.

III. **Plaintiffs' Claim That CMI Improperly Dual-Tracked The *Mortgage* In Violation Of *Regulation X* Is Barred By Collateral Estoppel.**

M&T respectfully incorporates the arguments of CMI as set forth in its response to *Objection* of even date herewith.

IV. **CMI Did Not Owe Plaintiffs A Duty Of Care.**

M&T respectfully incorporates the arguments of CMI as set forth in its response to the *Objection* of even date herewith.

V. **Plaintiffs' Have Failed To Set Forth A Viable *CUTPA* Claim.**

M&T respectfully incorporates the arguments of CMI as set forth in its response to the *Objection* of even date herewith.

AM 59105272.1

Respectfully submitted,

M&T BANK,

By: <u>/s/Donald E. Frechette</u>
Donald E. Frechette (ct08930)
Tara L. Trifon (ct28415)
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT 06103
Phone: (860) 525-5065
Fax: (860) 527-4198
Email: donald.frechette@lockelord.com
Email: tara.trifon@lockelord.com

*Attorneys for M&T Bank*

AM 59105272.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ Donald E. Frechette
Donald E. Frechette

AM 59105272.1