## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| Richard Tanasi and Athansula Tanasi,<br><br>                                              Plaintiffs,<br><br>               -against-<br><br>CitiMortgage, Inc. and M&T Bank, as successor by merger to Hudson City Savings Bank, N.A.,<br><br>                                              Defendants. | **Case No.: 3:16-cv-00727-VAB**<br><br><br>**April 23, 2018** |

### STIPULATION OF DISMISSAL

In accordance with Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the parties in the above-captioned action, Plaintiffs Richard Tanasi and Athanasula Tanasi (collectively, the "Plaintiffs") and Defendants CitiMortgage, Inc. and M&T Bank (collectively, the "Defendants"), hereby stipulate that all claims against the Defendants shall be dismissed with prejudice, and without costs.  The parties hereby waive their right of appeal.

Respectfully submitted,

| The Plaintiffs, | The Defendants |
|---|---|
| Richard Tanasi and Athanasula Tanasi | CitiMortgage, Inc. and M&T Bank |
| By their Attorneys, | By its Attorneys, |
| */S/ David Lavery*_____<br>David Lavery (ct29971)<br>Connecticut Fair Housing Center<br>60 Popieluszko Court<br>Hartford, CT 06106<br>860-560-8948<br>dlavery@ctfairhousing.org | */S/ Tara Trifon*_____<br>Tara Trifon (ct28415)<br>Locke Lord LLP<br>20 Church Street, 20th Floor<br>Hartford, CT 06103<br>860-525-5065<br>tara.trifon@lockelord.com |